Invoice Number: 11235619
Matter Number: 09406265

Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY DECEMBER 17, 2011

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2011 as follows:

TOTAL FEES.................................................................................................................$2,073.75

TOTAL EXPENSES & SERVICES ...................................................................................44.03

TOTAL FEES AND EXPENSES & SERVICES................................................................$2,117.78

TOTAL INVOICE AMOUNT DUE ...........................................

50457612.1

**URETEK 000096**

Invoice Number: 11235619
Matter Number: 09406265
Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 08/02/11 | HT Luong | .25 | 73.75 | Discussed the Nortex report with Jefferson Parish Assistant Deputy Attorney E. Mund; prepare email to B. Barron and M. Vinton regarding same. |
| 08/04/11 | HT Luong | 1.25 | 368.75 | Attend to email from Uretek regarding WYDOT and Hayward Baker; review the WYDOT bid specification; discuss same with B. Barron, prepare letter and claim chart to WYDOT. |
| 08/05/11 | HT Luong | .75 | 221.25 | Conduct legal research on res judicata and/or collateral estoppel effect of a consent judgment of validity. |
| 08/11/11 | HT Luong | .50 | 147.50 | Discuss trademark registration dates with B. Barron; conduct research for and provide results of same to B. Barron. |
| 08/12/11 | HT Luong | 1.50 | 442.50 | Review material provided by Uretek regarding ODOT; prepare letter and claim chart accordingly. |
| 08/12/11 | HT Luong | .25 | 73.75 | Prepare email to B. Barron regarding options for pursuing trademark protection in Mexico. |
| 08/16/11 | CB Walker | .25 | 156.25 | Review cease and desist letter to Barrett Paving; attend to service of AP complaint. |
| 08/22/11 | HT Luong | .25 | 73.75 | Attend to email from M. Vinton and J. Kindler regarding ODOT, Barrett Paving, and T Luckey. |
| 08/24/11 | HT Luong | 1.00 | 295.00 | Attend to email from M. Vinton and J. Kindler; prepare letter to T Luckey Sons; finalize same for review by C. Walker. |
| 08/25/11 | HT Luong | .25 | 73.75 | Discuss Barrett Paving and T Luckey Sons with M. Vinton and C. Walker. |
| 09/27/11 | HT Luong | .50 | 147.50 | Prepare letter to T. Luckey. |

TOTAL CHARGEABLE HOURS ............................................................................6.75

50457612.1

**URETEK 000097**

FEES .................................................................................................................................$2,073.75

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | Copy | 2.25 | |
| E104S | Facsimile | 16.80 | |
| E105S | Telephone | 4.80 | |
| E107S | Delivery services/messengers | 20.18 | |
| | | | 44.03 |

TOTAL FEES AND EXPENSES & SERVICES.......................................................................$2,117.78

TOTAL INVOICE AMOUNT DUE .........................................................................................$2,117.78

URETEK 000098

Uretek USA, Inc.
Invoice Number: 11235619
Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

Re: General; F&J File #09406265

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Charles B. Walker | Partner | 0.25 | $625.00 | 156.25 |
| Huyen Thanh Luong | Associate | 6.50 | $295.00 | 1,917.50 |
| TOTAL | | 6.75 | | 2,073.75 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 6.75 | $307.22 | 2,073.75 |
| TOTAL | 6.75 | | 2,073.75 |

** Average Hourly Rate for all Personnel

URETEK 000099

Invoice Number: 11235625
Matter Number: 11108360

Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY DECEMBER 17, 2011

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES.............................................................................................................................$52,660.00

TOTAL EXPENSES & SERVICES.............................................................................................1,751.97

TOTAL FEES AND EXPENSES & SERVICES.........................................................................$54,411.97

TOTAL AMOUNT DUE..............................................................................................................$54,411.97

95319385.1

**URETEK 000100**

Invoice Number: 11235625
Matter Number: 11108360
Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**



Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 08/09/11 | HT Luong | .50 | Confer with C. Walker regarding various issues: Applied Polymerics, Nortex-Jefferson Parish, and Stable Soils. |
| 08/09/11 | CB Walker | 1.75 | Revise complaint; confer with local counsel re the same; review local rules re filing requirements. |
| 08/10/11 | HT Luong | .75 | Attend to Financial Disclosure Statement issue and email Dr. Christopher regarding potential non-infringement arguments and to schedule a meeting date. |
| 08/11/11 | DM Foster | .25 | Review of draft complaint, related correspondence and local rules. |
| 08/12/11 | DM Foster | .25 | Telephone conference and correspondence with Charles Walker. |
| 08/12/11 | HT Luong | 1.00 | Revise the complaint; prepare pro hac vice applications, and prepare financial disclosure statement. |
| 08/12/11 | CB Walker | 1.50 | Attend to revising complaint and disclosure of financially interested parties; attend to filing of the same; analyze filing in Alexandria or Norfolk. |
| 08/15/11 | AR Devereux | 1.50 | Prepare civil coversheet and summons for the E.D. of VA; review rules re filing of new case. |
| 08/15/11 | DM Foster | 2.75 | Review of final draft complaint and related documents; preparing correspondence to court; review of related rules and orders. |
| 08/15/11 | HT Luong | .75 | Review and revise the complaint; prepare the Uretek financial disclosure statement; coordinate with D. Foster and A. Devereux to prepare for filing of complaint; forward pro hac vice forms to D. Foster for signing. |
| 08/15/11 | CB Walker | .75 | Attend to filing of complaint; review local rules; attend to registration to practice pro hac vice. |
| 08/16/11 | DM Foster | .25 | Correspondence with firm attorneys. |

95319385.1

**URETEK 000101**

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 08/17/11 | DM Foster | 1.25 | Correspondence with firm attorneys; transmittal of complaint and related documents to court; telephone conference with clerk of court arranging service of process. |
| 08/18/11 | HT Luong | .25 | Prepare and forward filing of complaint to Uretek and BWW. |
| 08/18/11 | CB Walker | .25 | Review letters to VDOT and Branscome re lawsuit; review correspondence re the same. |
| 08/19/11 | DM Foster | 1.50 | Arranging service of process; review of court filings; correspondence with firm attorneys. |
| 08/19/11 | CB Walker | 1.50 | Attend to service; confer with M Vinton re reporting lawsuit; correspond with M. Vinton re claim for reasonable royalty damages; attend to financial disclosure statement. |
| 08/22/11 | DM Foster | .25 | Arranging service of process; correspondence with firm attorneys. |
| 08/22/11 | HT Luong | 2.00 | Coordinate with C. Walker regarding service and letters to Applied Polymerics, VDOT, and Branscome regarding the suit; prepare and finalize the letters for review by C. Walker. |
| 08/23/11 | CB Walker | .50 | Telephone conference with M Vinton re letters to Branscome and VDOT; confirm service of complaint; investigate patent practices of assigned judge. |
| 08/25/11 | HT Luong | .75 | Discuss status of case with C. Walker and M. Vinton; prepare email reporting filing and status of the case. |
| 08/26/11 | AR Devereux | .50 | Applied Polymerics - compile material on possible local counsel. |
| 08/29/11 | AR Devereux | 1.00 | Review and compile research on possible local counsel. |
| 08/29/11 | HT Luong | 1.50 | Prepare initial disclosure and begin to prepare interrogatories. |
| 08/30/11 | CB Walker | .30 | Attend to service and appearance pro hac vice; investigate local counsel foe Norfolk area. |
| 08/31/11 | DM Foster | .50 | Filing and service of pro hac vice applications. |
| 08/31/11 | HT Luong | .25 | Discuss the status of the case with C. Walker. |
| 09/02/11 | DM Foster | .25 | Review of proof of service; correspondence with firm attorneys. |
| 09/12/11 | DM Foster | .25 | Telephone conference with counsel for defendant; correspondence with firm attorneys. |
| 09/13/11 | AR Devereux | .25 | Docket upcoming deadline for Applied Polymeric case. |
| 09/13/11 | DM Foster | .50 | Telephone conferences and correspondence with counsel for defendant; correspondence with firm attorneys. |
| 09/13/11 | SP Spinos | .50 | Research ECF secondary-user notification; register attorneys through secondary-user addresses under D. Foster's account. |
| 09/13/11 | CB Walker | .50 | Review local rules re initial pretrial conference and Rule 26f meetings and disclosures required before conference; attend to preparations of initial disclosures and discovery requests. |
| 09/14/11 | DM Foster | .25 | Review of filings by defendants; correspondence with counsel for defendant and firm attorneys. |
| 09/26/11 | CB Walker | 1.00 | Prepare for and teleconference with client re re-exam strategy. |
| 09/28/11 | DM Foster | .50 | Telephone conferences with counsel for defendant; telephone conferences and correspondence with firm attorneys. |
| 09/28/11 | HT Luong | 1.00 | Conduct legal research for opinions by Judge Spencer regarding transfer of venue; discuss same with C. Walker. |

URETEK 000102

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 09/29/11 | HT Luong | 2.00 | Review Applied's motion to transfer and answer/counterclaims; begin to prepare Response to the motion to transfer and answer to the counterclaims. |
| 09/29/11 | CB Walker | .50 | Attend to response to motion to transfer venue. |
| 09/30/11 | DM Foster | .50 | Review of defendant's motion for transfer, answer and counterclaim, and related papers; telephone conference with Mr. Walker. |
| 10/01/11 | HT Luong | 3.00 | Continue to conduct legal research regarding transfer of venue in the Eastern District of Virginia. |
| 10/02/11 | HT Luong | 6.00 | Continue to review cases and prepare the response to Applied's motion to transfer venue. |
| 10/03/11 | HT Luong | 7.00 | Continue to conduct legal research, analyze case, and prepare response to motion to transfer. |
| 10/04/11 | HT Luong | 7.00 | Finalize the response to Applied's motion to transfer for review by C. Walker. |
| 10/04/11 | SP Spinos | .25 | Address C. Walker's question about assignment of case to Richmond Division. |
| 10/04/11 | CB Walker | 1.50 | Review motion to transfer venue and draft response to the same. |
| 10/05/11 | HT Luong | 6.50 | Discuss the response with C. Walker; review comments from C. Walker, incorporate same and finalize the response. |
| 10/05/11 | CB Walker | 2.30 | Review and confer re revisions to response to motion to transfer venue, including review for need of declaration in support. |
| 10/06/11 | DW Anderson | .75 | Confer with C. Walker re motion to dismiss; review pleadings. |
| 10/06/11 | AR Devereux | 1.00 | Revise electronic database files and prepare documentation for inclusion in database; forward documents to D. Anderson. |
| 10/06/11 | HT Luong | 2.50 | Finalize the response to Applied's motion to transfer and prepare the Exhibits for review by C. Walker. |
| 10/06/11 | CB Walker | .30 | Attend to response to counterclaims. |
| 10/07/11 | HT Luong | 2.00 | Finalize the response and prepare M. Vinton's declaration. |
| 10/07/11 | CB Walker | .75 | Review draft of motion to transfer and confer re the same. |
| 10/10/11 | DM Foster | 1.25 | Review and revision of draft response to motion to transfer; correspondence with firm attorneys. |
| 10/10/11 | HT Luong | 1.25 | Finalize the declaration and response for filing; forward declaration to M. Vinton for signing, and forward documents to D. Foster for his review. |
| 10/10/11 | SP Spinos | 1.00 | Review materials for filing; discuss edits with H. Luong; follow up on D. Foster's questions; send follow up correspondence to H. Luong. |
| 10/10/11 | CB Walker | 1.75 | Revise response to motion to transfer. |
| 10/11/11 | DM Foster | .75 | Review of final draft of response to motion to transfer and related documents; correspondence with firm attorneys. |
| 10/11/11 | HT Luong | .50 | Discuss the Declaration with M. Vinton; review and revise same; finalize the response for filing. |
| 10/11/11 | SP Spinos | 1.00 | Review, prepare, and electronically file response to motion to transfer and associated materials. |
| 10/11/11 | CB Walker | .75 | Attend to response to motion to transfer; review counterclaims and analysis potential responses. |
| 10/12/11 | JJ Byron | .50 | Meet with Darryl Anderson to discuss strategy for defeating Applied's antitrust counterclaim in a potential motion to dismiss. |

**URETEK 000103**

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 10/13/11 | JJ Byron | 2.75 | Research "relevant market" pleading requirements and Noerr-Pennington immunity for potential motion to dismiss. |
| 10/13/11 | AR Devereux | .75 | Docket upcoming deadline; review order and rules re Initial Disclosures. |
| 10/13/11 | HT Luong | 2.00 | Prepare for and meet with expert. |
| 10/13/11 | CB Walker | .50 | Attend to motion to dismiss antitrust counterclaim. |
| 10/14/11 | JJ Byron | 5.25 | Prepare a memorandum assessing the viability of filing a motion to dismiss Applied's antitrust counterclaim. |
| 10/14/11 | AR Devereux | .50 | Update pleadings. |
| 10/14/11 | DM Foster | .75 | Correspondence with firm attorneys, review of court order re pre-trial conference and related matters, correspondence with Judge Spencer's chambers. |
| 10/14/11 | SP Spinos | 1.50 | Research various issues under the Local Rules, including timing of initial disclosures and filing of courtesy copies; draft analysis of initial disclosures; draft cover letter and prepare materials for courtesy copy; discuss local-counsel presence and other pending issues with D. Foster. |
| 10/17/11 | JJ Byron | 6.25 | Research pleading standard for monopoly power and "relevant market" in a monopolization claim; prepare brief in support of motion to dismiss Applied's antitrust counterclaim. |
| 10/17/11 | AR Devereux | .50 | Docket upcoming deadline. |
| 10/17/11 | DM Foster | 1.25 | Correspondence with defendant's counsel; telephone conferences and correspondence with firm attorneys; review of court order re scheduling conference and related matters; review of defendant's reply brief supporting motion to transfer. |
| 10/17/11 | HT Luong | 3.00 | Confer with D. Foster and S. Spinos regarding Applied's motion to transfer; prepare the answer to Applied's counterclaims. |
| 10/17/11 | SP Spinos | 1.50 | Research and respond to questions on filing, deadlines, hearings, and meet-and-confer issues; confer with H. Luong and D. Foster on pending matters. |
| 10/17/11 | CB Walker | 1.25 | Review memo re motion to dismiss antitrust claims and attend to the same; attend to the answer to counterclaims; review AP reply in support of motion to transfer; |
| 10/18/11 | JJ Byron | 7.25 | Revise brief in support of motion to dismiss Applied's antitrust counterclaim. |
| 10/18/11 | CB Walker | .30 | Attend to motion to dismiss counterclaim; confer with H. Luong re interview with examiner; correspond with clients re the same. |
| 10/20/11 | DM Foster | .50 | Correspondence with firm attorneys and counsel for defendant; telephonic meet and confer conference with defendant's counsel re motion to transfer. |
| 10/21/11 | JJ Byron | 3.00 | Discuss brief in support of motion to dismiss antitrust counterclaims with Darryl Anderson; revise same. |
| 10/21/11 | DM Foster | .25 | Correspondence with clerk's office and firm attorneys. |
| 10/21/11 | CB Walker | .50 | Review motion to dismiss antitrust counterclaim; attend to answer. |
| 10/24/11 | JJ Byron | 2.25 | Revise brief in support of Motion to Dismiss Applied's antitrust counterclaim; prepare the Motion to Dismiss and proposed order. |

**URETEK 000104**

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 10/24/11 | DM Foster | 2.50 | Review and revision of draft brief supporting motion to dismiss antitrust counterclaims; telephone conferences and correspondence with firm attorneys; review of draft answer to counterclaims. |
| 10/24/11 | HT Luong | 1.00 | Coordinate with D. Foster to file the Answer to Applied's counterclaims; coordinate with D. Anderson to file the motion to dismiss the Sherman Act counterclaims; conduct research on the Rule 26(f) conference. |
| 10/24/11 | SP Spinos | 2.00 | Research local rules on filing motion and memorandum; review materials for filing (answer, motion to dismiss, supporting memorandum, exhibits); coordinate on filing of materials; file all materials in E.D. Va. |
| 10/25/11 | HT Luong | .50 | Begin to review and analyze the 26(f) conference documents provided by opposing counsel; review other 26(f) conference documents. |
| 10/25/11 | SP Spinos | .50 | Review internal and external materials for drafting materials for Rule 26(f) conference. |
| 10/26/11 | DM Foster | .25 | Telephone conferences and correspondence with firm attorneys; review of proposed scheduling and discovery orders. |
| 10/26/11 | HT Luong | 2.00 | Continue to review the 26(f) conference material provided by opposing counsel; discuss same with C. Walker; participate in teleconference with opposing counsel and C. Walker. |
| 10/26/11 | SP Spinos | .25 | Review materials for Rule 26(f) conference forwarded by D. Foster for potential questions. |
| 10/28/11 | DM Foster | .25 | Review of proposed scheduling and pretrial orders; correspondence with firm attorneys. |
| 10/31/11 | SP Spinos | .25 | Review materials for pretrial conference. |

TOTAL CHARGEABLE HOURS ...................................................................................................133.20

FEES ...............................................................................................................................$52,660.00

EXPENSES & SERVICES ............................................................................................................1751.97

TOTAL FEES AND EXPENSES & SERVICES.................................................................................$54,411.97

TOTAL AMOUNT DUE .............................................................................................................**$54,411.97**

**URETEK 000105**

Uretek USA, Inc.
Invoice Number: 11235625
Invoice Date: November 17, 2011
Invoice Due Date: December 17, 2011

---

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 17.00 | $800.00 | 13,600.00 |
| Charles B. Walker | Partner | 18.45 | $625.00 | 11,531.25 |
| Darryl Wade Anderson | Partner | 0.75 | $560.00 | 420.00 |
| Selina Penelope Spinos | Associate | 8.75 | $325.00 | 2,843.75 |
| Huyen Thanh Luong | Associate | 55.00 | $295.00 | 16,225.00 |
| Annette R. Devereux | Sr Paralegal | 6.00 | $250.00 | 1,500.00 |
| John Joseph Byron | Associate | 27.25 | $240.00 | 6,540.00 |
| TOTAL | | 133.20 | | 52,660.00 |

**URETEK 000106**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JANUARY 14, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES.................................................................................................................................$39,818.75

TOTAL EXPENSES & SERVICES.........................................................................................................2,541.52

TOTAL FEES AND EXPENSES & SERVICES...............................................................................$42,360.27

TOTAL INVOICE AMOUNT DUE .........................................................................................$42,360.27 **

95366303.3

**URETEK 000107**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

DEC 20 2011

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/02/11 | AR Devereux | 1.50 | 375.00 | Update pleading index; review for upcoming deadlines. |
| 11/03/11 | CB Walker | .50 | 312.50 | Attend to joint Rule 26(f) memo to the court. |
| 11/07/11 | DW Anderson | 1.50 | 840.00 | Review response brief on motion to dismiss antitrust counterclaim and conference with J. Byron re preparation of reply brief. |
| 11/07/11 | JJ Byron | 1.75 | 420.00 | Review Applied's Memorandum in Opposition to Plaintiffs' Motion to Dismiss Antitrust Counterclaim; and local court rules on rebuttal response due date; research and prepare outline for rebuttal brief. |
| 11/07/11 | AR Devereux | .50 | 125.00 | Conference with C. Walker and D. Anderson re upcoming deadline for Reply to Motion to Dismiss; review local rules re reply deadline. |
| 11/07/11 | HT Luong | 2.00 | 590.00 | Prepare the Initial Disclosure for review by C. Walker; attend to discovery matters, including prepare Uretek's first set of interrogatories and Uretek's first set of request for documents. |
| 11/07/11 | HT Luong | .25 | 73.75 | Follow up with opposing counsel regarding filing of Rule 26(f) conference report. |
| 11/07/11 | SP Spinos | .25 | 81.25 | Research timing requirements for response; send analysis to A. Devereux. |
| 11/08/11 | DW Anderson | .50 | 280.00 | Analyze issues for reply brief re antitrust counterclaim; conferences with J. Byron re same. |
| 11/08/11 | JJ Byron | 7.25 | 1,740.00 | Discuss outline of rebuttal brief with Darryl Anderson; research case law cited by Applied in Memorandum in Opposition to Plaintiffs' Motion to Dismiss Antitrust Counterclaim; prepare rebuttal brief. |
| 11/08/11 | AR Devereux | .25 | 62.50 | Conference with H. Luong re upcoming reply deadline. |
| 11/08/11 | DM Foster | .50 | 400.00 | Review of opposition to Motion to Dismiss antitrust counterclaim; correspondence with firm attorneys. |

Uretek USA, Inc.
Invoice Number: 11242818
Matter Number: 11108360
Invoice Date: December 15, 2011
Invoice Due Date: January 14, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/08/11 | HT Luong | 2.00 | 590.00 | Finalize the Initial Disclosure, Uretek's first set of interrogatories and Uretek's first set of request for documents for review by C. Walker. |
| 11/09/11 | JJ Byron | 3.25 | 780.00 | Revise rebuttal brief on motion to dismiss antitrust counterclaim. |
| 11/09/11 | CB Walker | .75 | 468.75 | Review response from Applied to motion to dismiss antitrust counterclaim; attend to reply in support of motion; attend to initial disclosures. |
| 11/10/11 | DW Anderson | 1.50 | 840.00 | Review and comment on draft reply brief. |
| 11/10/11 | JJ Byron | 3.75 | 900.00 | Revise rebuttal brief. |
| 11/11/11 | DW Anderson | 1.75 | 980.00 | Revise and finalize reply brief; conferences with J. Byron re same. |
| 11/11/11 | JJ Byron | 2.75 | 660.00 | Revise rebuttal brief to incorporate changes suggested by Darryl Anderson. |
| 11/11/11 | DM Foster | 2.50 | 2,000.00 | Telephone conferences and correspondence with firm attorneys; preparation for hearing on motion to transfer; review and revision of draft rebuttal brief supporting dismissal of antitrust counterclaims; related research. |
| 11/11/11 | CB Walker | .50 | 312.50 | Review reply in support on motion to dismiss antitrust claims. |
| 11/15/11 | DM Foster | .50 | 400.00 | Telephone conferences with Judge Spencer's Chambers, C. Walker, and counsel for defendant. |
| 11/15/11 | SP Spinos | .50 | 162.50 | Research noticing hearing for motion to dismiss; correspond with D. Foster on strategy for setting motion for hearing. |
| 11/16/11 | AR Devereux | .25 | 62.50 | Docket change in hearing date; prepare for the same. |
| 11/16/11 | DM Foster | .50 | 400.00 | Telephone conferences and correspondence with Judge's Chambers, counsel for defendant, and C. Walker. |
| 11/16/11 | CB Walker | .50 | 312.50 | Attend to rescheduling hearing, including telephone conferences with court clerk and opposing counsel; prepare for hearing on motion to transfer venue; confer re initial disclosures. |
| 11/17/11 | CB Walker | .50 | 312.50 | Prepare for hearing on motion to transfer venue, including review court docket from original Applied case and evidence of infringement in Virginia. |
| 11/18/11 | CE Dammer | 2.75 | 591.25 | Compile cases, statutes and pleadings for D. Foster review. |
| 11/21/11 | CE Dammer | 1.50 | 322.50 | Pull pleadings and statutes for D. Foster's review. |
| 11/21/11 | DM Foster | .75 | 600.00 | Review of pleadings; preparation for oral argument on motion to dismiss anti-trust counterclaims. |
| 11/21/11 | LC Murphy | 1.00 | 265.00 | For D Foster - shepardize cases in Table of Authorities, fix errors |
| 11/22/11 | DM Foster | 2.25 | 1,800.00 | Preparation for argument on motion to dismiss anti-trust counterclaims; review related authorities and pleadings. |
| 11/22/11 | CB Walker | .75 | 468.75 | Prepare for hearing, including review briefing on motion to dismiss. |
| 11/23/11 | DM Foster | 6.25 | 5,000.00 | Preparation for argument on motion to dismiss; drafting argument re: same; review of related cases; correspondence with firm attorneys. |
| 11/23/11 | CB Walker | 1.00 | 625.00 | Prepare for hearing on motion to transfer venue. |

**URETEK 000109**

Uretek USA, Inc.
Invoice Number: 11242818
Matter Number: 11108360
Invoice Date: December 15, 2011
Invoice Due Date: January 14, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/26/11 | DM Foster | 2.00 | 1,600.00 | Preparation for oral argument; review of related pleadings and authorities. |
| 11/27/11 | DW Anderson | .25 | 140.00 | Emails with C. Walker and D. Foster re preparation for oral argument on motion to dismiss antitrust counterclaim. |
| 11/27/11 | CB Walker | 4.00 | 2,500.00 | Travel to Richmond for hearing, including review of case law and briefing on motion to transfer venue. |
| 11/28/11 | DM Foster | 7.25 | 5,800.00 | Presentation of oral argument on motion to dismiss antitrust counterclaims in Richmond, preparation for same; conferences and correspondence with firm attorneys. |
| 11/28/11 | CB Walker | 8.50 | 5,312.50 | Prepare for and attend hearing on motions to transfer venue and dismiss antitrust claims; return travel, including prepare summary of the hearing, review draft document requests, and review draft initial disclosures. |
| 11/30/11 | CB Walker | .50 | 312.50 | Revise initial disclosures and confer re discovery requests. |

TOTAL CHARGEABLE HOURS ......................................................................................................77.00

FEES ....................................................................................................................................$39,818.75

EXPENSES & SERVICES:

| E101S | | Copy | 108.15 |
|-------|--|------|--------|
| E105S | | Telephone | 1.47 |
| F254S | | Online Research - Lexis | 556.00 |
| F255S | | Online Research - Westlaw | 188.42 |
| F268S | | Pacer | 28.16 |
| E110 | 12/02/11 | Out-of-town travel - Charles B. Walker - 11-27-11 Flight to Richmond, VA for hearing - airfare; 112911. Bank ID: 008 Check Number: 200565 | 1,363.90 |
| E110 | 12/02/11 | Out-of-town travel - Charles B. Walker - 11-27-11 Marriott Hotel for hearing. Bank ID: 008 Check Number: 200565 | 180.75 |
| E110 | 12/02/11 | Out-of-town travel - Charles B. Walker - 11-27-11 Cab to Hotel $32; 11-28-11 Cab to airport $32; 11-28-11 parking at airport $20. Bank ID: 008 Check Number: 200565 | 84.00 |
| E111 | 12/02/11 | Meals - Charles B. Walker - 11-28-11 lunch at TMiller's $9.93 and 11-28-11 dinner at Club Level Grill $20.74. Bank ID: 008 Check Number: 200565 | 30.67 |
| | | | 2,541.52 |

TOTAL FEES AND EXPENSES & SERVICES...........................................................................$42,360.27

TOTAL INVOICE AMOUNT DUE.............................................................................................$42,360.27

**URETEK 000110**

Uretek USA, Inc.
Invoice Number: 11242818
Matter Number: 11108360
Invoice Date: December 15, 2011
Invoice Due Date: January 14, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 22.50 | $800.00 | 18,000.00 |
| Charles B. Walker | Partner | 17.50 | $625.00 | 10,937.50 |
| Darryl Wade Anderson | Partner | 5.50 | $560.00 | 3,080.00 |
| Selina Penelope Spinos | Associate | 0.75 | $325.00 | 243.75 |
| Huyen Thanh Luong | Associate | 4.25 | $295.00 | 1,253.75 |
| Lillie C. Murphy | Library | 1.00 | $265.00 | 265.00 |
| Annette R. Devereux | Sr Paralegal | 2.50 | $250.00 | 625.00 |
| John Joseph Byron | Associate | 18.75 | $240.00 | 4,500.00 |
| Christen Elizabeth Dammer | Paralegal | 4.25 | $215.00 | 913.75 |
| TOTAL | | 77.00 | | 39,818.75 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 69.25 | $548.95 | 38,015.00 |
| Paralegal Personnel | 7.75 | $232.74 | 1,803.75 |
| TOTAL | 77.00 | | 39,818.75 |

** Average Hourly Rate for all Personnel

95366303.3

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY FEBRUARY 22, 2012

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2011 as follows:

TOTAL FEES......................................................................................................................$442.50

TOTAL FEES AND EXPENSES & SERVICES...........................................................................$442.50

**TOTAL INVOICE AMOUNT DUE** ....................................................................................$442.50 **

**URETEK 000112**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/07/11 | HT Luong | .75 | 221.25 | 09406265: Attend to potential infringement by Advanced Piers Technologies (APT) in Florida, including review the emails from B. Barron and B. Benkiran, review and analyze APT's website, discuss same with C. Walker; correspond with B. Barron and B. Benkiran to obtain additional information. |
| 11/08/11 | HT Luong | .75 | 221.25 | Call with B. Barron regarding his conversation with C. Gardner of CNA; prepare memo to file documenting same; prepare correspondence with the original complaint of Uretek v. Applied to C. Gardner. |

TOTAL CHARGEABLE HOURS ...................................................................................................1.50

FEES ..............................................................................................................................$442.50

TOTAL FEES AND EXPENSES & SERVICES.........................................................................$442.50

TOTAL INVOICE AMOUNT DUE ...........................................................................................$442.50

50494552.1

**URETEK 000113**

Uretek USA, Inc.
Invoice Number: 11251180
Matter Number: 09406265
Invoice Date: January 23, 2012
Invoice Due Date: February 22, 2012

Re: General; F&J File #09406265

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Huyen Thanh Luong | Associate | 1.50 | $295.00 | 442.50 |
| TOTAL | | 1.50 | | 442.50 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 1.50 | $295.00 | 442.50 |
| TOTAL | | 1.50 | | 442.50 |

** Average Hourly Rate for all Personnel

URETEK 000114

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

JAN 2 7 2012

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY FEBRUARY 22, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES......................................................................................................$4,393.75

TOTAL EXPENSES & SERVICES................................................................................11.18

TOTAL FEES AND EXPENSES & SERVICES...............................................................$4,404.93

TOTAL INVOICE AMOUNT DUE ...........................................................................$4,404.93 **

95430457.1

**URETEK 000115**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

JAN 2 7 2012

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2011 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 12/05/11 | DM Foster | .50 | 400.00 | Review of court's opinion denying defendant's motion to transfer and granting plaintiffs' motion to dismiss antitrust counterclaims; correspondence with firm attorneys. |
| 12/05/11 | CB Walker | 1.00 | 625.00 | Review order denying motion to transfer venue and granting motion to dismiss antitrust counterclaim; correspond with client re the same; attend to requests for discovery and pretrial hearing preparations. |
| 12/09/11 | CB Walker | 1.75 | 1,093.75 | Revise initial disclosures; review material from previous lawsuit for additional discovery requests. |
| 12/14/11 | CB Walker | .25 | 156.25 | Prepare for scheduling conference. |
| 12/15/11 | DM Foster | .25 | 200.00 | Review of dismissal order and proposed pre-trial order; telephone conferences and correspondence with firm attorneys. |
| 12/15/11 | SP Spinos | .25 | 81.25 | Address C. Walker's question about conference scheduling and attendance. |
| 12/15/11 | CB Walker | .25 | 156.25 | Confer re scheduling pretrial conference with court. |
| 12/20/11 | DM Foster | .25 | 200.00 | Correspondence with defense counsel and firm attorneys. |
| 12/21/11 | S M Birader | 3.25 | 487.50 | Review, compile and analyze case pleadings for attorney review. |
| 12/23/11 | DM Foster | .25 | 200.00 | Correspondence with defense counsel and firm attorneys. |
| 12/23/11 | CB Walker | .25 | 156.25 | Prepare for pretrial Rule 16 conference. |
| 12/28/11 | CB Walker | .25 | 156.25 | Review order for scheduling conference; prepare for the same. |
| 12/29/11 | DM Foster | .50 | 400.00 | Review of court order re: pretrial conference; correspondence with firm attorneys; research re: Richmond Division Magistrates. |

95430457.1

**URETEK 000116**

Uretek USA, Inc.
Invoice Number: 11251182
Matter Number: 11108360
Invoice Date: January 23, 2012
Invoice Due Date: February 22, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

\* \* - \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 1.75 | $800.00 | 1,400.00 |
| Charles B. Walker | Partner | 3.75 | $625.00 | 2,343.75 |
| Selina Penelope Spinos | Associate | 0.50 | $325.00 | 162.50 |
| Sharmin M. Birader | Project Ast | 3.25 | $150.00 | 487.50 |
| TOTAL | | 9.25 | | 4,393.75 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 6.00 | $651.04 | 3,906.25 |
| Paralegal Personnel | | 3.25 | $150.00 | 487.50 |
| TOTAL | | 9.25 | | 4,393.75 |

\*\* Average Hourly Rate for all Personnel

95430457.1

URETEK 000117

Uretek USA, Inc.
Invoice Number: 11251182
Matter Number: 11108360
Invoice Date: January 23, 2012
Invoice Due Date: February 22, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 12/29/11 | SP Spinos | .25 | 81.25 | Call courtroom deputy and coordinate in-person presence at pretrial conference. |

TOTAL CHARGEABLE HOURS ..................................................................................................................9.25

FEES ..............................................................................................................................................$4,393.75

EXPENSES & SERVICES:

| E105S | Telephone | 1.50 |
|-------|-----------|------|
| F268S | Pacer | 9.68 |
| | | 11.18 |

TOTAL FEES AND EXPENSES & SERVICES..............................................................................$4,404.93

TOTAL INVOICE AMOUNT DUE ................................................................................................$4,404.93

URETEK 000118

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2012 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/30/11 | JK Simpson | 1.00 | 595.00 | Review patent application prior to conference, conference with B. Barron regarding U.S. 2011/0010907 patent application and licensing of same. |
| 12/01/11 | JK Simpson | 2.00 | 1,190.00 | Draft portion of Sales Commission Agreement for C. Bishop. |
| 12/02/11 | JK Simpson | 1.50 | 892.50 | Draft portion of sales commission agreement with C. Bishop. |
| 12/06/11 | JK Simpson | 1.75 | 1,041.25 | Complete Bishop sales commission agreement and send to B Barron. |
| 01/04/12 | RP Colquitt | .50 | 335.00 | Review letter from insurer and associated paperwork; prepare brief comment to C. Walker regarding continuing strategy. |
| 01/04/12 | HT Luong | .50 | 175.00 | Prepare list of litigation activities for the past 5 years. |
| 01/19/12 | HT Luong | .50 | 175.00 | Correspond with C. Walker regarding the denial of coverage by CNA; discuss same with B. Barron. |
| 01/25/12 | RP Colquitt | .30 | 201.00 | Brief discussion with C. Walker regarding continuing assessment of coverage issue regarding advertising injury. |
| 01/25/12 | CB Walker | .25 | 161.25 | Attend to letter to CNA re dispute of coverage. |

TOTAL CHARGEABLE HOURS ...............................................................................................................8.30

FEES ................................................................................................................................................$4,766.00

EXPENSES & SERVICES:

E107S                    Delivery services/messengers                    15.74

15.74

TOTAL FEES AND EXPENSES & SERVICES................................................................................$4,781.74

**TOTAL INVOICE AMOUNT DUE** ..................................................................................................**$4,781.74**

50498311.4

**URETEK 000119**

Uretek USA, Inc.
Invoice Number: 11254015
Matter Number: 09406265
Invoice Date: February 10, 2012
Invoice Due Date: March 11, 2012

Re: General; F&J File #09406265

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Richard P. Colquitt | Of Counsel | 0.80 | $670.00 | 536.00 |
| Charles B. Walker | Partner | 0.25 | $645.00 | 161.25 |
| Jan K. Simpson | Sr Counsel | 6.25 | $595.00 | 3,718.75 |
| Huyen Thanh Luong | Associate | 1.00 | $350.00 | 350.00 |
| TOTAL | | 8.30 | | 4,766.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 8.30 | $574.22 | 4,766.00 |
| TOTAL | 8.30 | | 4,766.00 |

** Average Hourly Rate for all Personnel

50498311.4

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 11, 2012

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2012 as follows:

TOTAL FEES.................................................................................................................$4,766.00

TOTAL EXPENSES & SERVICES...................................................................................15.74

TOTAL FEES AND EXPENSES & SERVICES..........................................................$4,781.74

**TOTAL INVOICE AMOUNT DUE** ..........................................................................**$4,781.74 \*\***

*PREVIOUS BALANCE:*

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| *4/7/11* | *11172948* | *$1,487.50* |
| *6/15/11* | *11194143* | *$16,402.82* |
| *11/17/11* | *11235619* | *$2,117.78* |
| *1/23/12* | *11251180* | *$442.50* |
| | | *$20,450.60* |

*TOTAL AMOUNT DUE* .....................................................................................................$25,232.34

50498311.4

**URETEK 000121**

Uretek USA, Inc.
Invoice Number: 11254015
Matter Number: 09406265
Invoice Date: February 10, 2012
Invoice Due Date: March 11, 2012

**URETEK 000122**

Invoice Number: 11254020
Matter Number: 11108360

Invoice Date: February 10, 2012
Invoice Due Date: March 11, 2012

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

FEB 3 3 2012

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 11, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES.................................................................................................$9,353.75

TOTAL EXPENSES & SERVICES....................................................................133.13

TOTAL FEES AND EXPENSES & SERVICES.............................................$9,486.88

TOTAL INVOICE AMOUNT DUE ...............................................................$9,486.88 **

95455558.1

**URETEK 000123**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 01/03/12 | S M Birader | .50 | 80.00 | Review, compile and analyze case pleadings for attorney review. |
| 01/04/12 | DM Foster | .25 | 206.25 | Telephone conferences and correspondence with firm attorneys. |
| 01/05/12 | S M Birader | 2.00 | 320.00 | Review, compile and analyze case pleadings for attorney review. |
| 01/23/12 | SP Spinos | .50 | 170.00 | Review materials for Uretek pretrial conference; confer with D. Foster about upcoming pretrial conference, including key points to discuss with C. Walker. |
| 01/24/12 | AR Devereux | .50 | 125.00 | Serve Initial Disclosure and Discovery responses on Opposing Counsel |
| 01/24/12 | DM Foster | 2.00 | 1,650.00 | Preparation for pre-trial conference; review of Rule 26(f) report and proposed orders; telephone conferences with firm attorneys and counsel for defendant. |
| 01/24/12 | HT Luong | 4.00 | 1,400.00 | Attend to pretrial conference and discovery matters, including discuss the issues of the pretrial conference with C. Walker and D. Foster, prepare e-mail to D. Foster summarizing same; discuss discovery requests and initial disclosures with C. Walker, revise same based on discussion; finalize same for service on defendant. |
| 01/24/12 | CB Walker | 1.50 | 967.50 | Review and revise initial disclosures and discovery requests for serving; confer re scheduling conference; attend to dates for scheduling conference; teleconference with opposing counsel re issues for scheduling conference. |
| 01/25/12 | DM Foster | .50 | 412.50 | Preparation for pre-trial conference. |

95455558.7

**URETEK 000124**

Uretek USA, Inc.
Invoice Number: 11254020
Matter Number: 11108360
Invoice Date: February 10, 2012
Invoice Due Date: March 11, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 01/26/12 | AR Devereux | .50 | 125.00 | Review proposed scheduling order for upcoming deadlines; docket trial date. |
| 01/26/12 | DM Foster | 3.25 | 2,681.25 | Representation of Uretek at pre-trial conference in Richmond; preparation for same; telephone conferences and correspondence with defense counsel and firm attorneys; review of revised proposed pre-trial orders. |
| 01/26/12 | HT Luong | .75 | 262.50 | Attend to preservation notice, including review the document provided by D. Foster, discuss same with C. Walker, revise same according to discussion. |
| 01/26/12 | HT Luong | .50 | 175.00 | Attend to the scheduling order sent by opposing counsel, including review the changes and correspond with D. Foster regarding same. |
| 01/26/12 | CB Walker | .25 | 161.25 | Review results of scheduling conference and confer re the same. |
| 01/27/12 | DM Foster | .25 | 206.25 | Telephone conference with C. Walker; review of amended pre-trial order filings. |
| 01/27/12 | CB Walker | .25 | 161.25 | Review proposed scheduling order and correspondence re the same. |
| 01/31/12 | AR Devereux | 1.00 | 250.00 | Review and compile upcoming deadlines from proposed scheduling order. |

TOTAL CHARGEABLE HOURS ................................................................................................................18.50

FEES ...............................................................................................................................................$9,353.75

EXPENSES & SERVICES:

| E101S | | Copy | 15.00 |
|-------|--|------|-------|
| E105S | | Telephone | 0.21 |
| E124 | 01/27/12 | Other - David M. Foster Mileage reimbursement for driving roundtrip to Richmond, VA for pretrial conference. Bank ID: 008 Check Number: 203151 | 117.92 |
| | | | 133.13 |

TOTAL FEES AND EXPENSES & SERVICES..........................................................................................$9,486.88

TOTAL INVOICE AMOUNT DUE .........................................................................................................$9,486.88

**URETEK 000125**

Uretek USA, Inc.
Invoice Number: 11254020
Matter Number: 11108360
Invoice Date: February 10, 2012
Invoice Due Date: March 11, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by
the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 6.25 | $825.00 | 5,156.25 |
| Charles B. Walker | Partner | 2.00 | $645.00 | 1,290.00 |
| Huyen Thanh Luong | Associate | 5.25 | $350.00 | 1,837.50 |
| Selina Penelope Spinos | Associate | 0.50 | $340.00 | 170.00 |
| Annette R. Devereux | Sr Paralegal | 2.00 | $250.00 | 500.00 |
| Sharmin M. Birader | Project Ast | 2.50 | $160.00 | 400.00 |
| TOTAL | | 18.50 | | 9,353.75 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 14.00 | $603.84 | 8,453.75 |
| Paralegal Personnel | 4.50 | $200.00 | 900.00 |
| TOTAL | 18.50 | | 9,353.75 |

** Average Hourly Rate for all Personnel

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



### FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 30, 2012

Re:  HO-URTK.P0003US.RX; Method for Increasing
the Bearing Capacity of Foundation Soils for
Built Structures; F&J File 11105013

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

TOTAL FEES..................................................................................................................................................$280.00

TOTAL INVOICE AMOUNT DUE ...........................................................................................................$280.00 **

95544911.1

**URETEK 000127**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: HO-URTK.P0003US.RX; Method for Increasing
the Bearing Capacity of Foundation Soils for
Built Structures; F&J File 11105013

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

| DATE | NAME | TIME | SERVICES |
|------|------|------|----------|
| 02/09/12 | HT Luong | .80 | Attend to prior art in the previous Applied Polymerics v. Uretek case to determine whether they should be included in an IDS. |

TOTAL CHARGEABLE HOURS ......................................................................................................0.80

FEES ...............................................................................................................................$280.00

TOTAL INVOICE AMOUNT DUE ............................................................................................$280.00

95544911.1

Uretek USA, Inc.
Invoice Number: 11268394
Matter Number: 11105013
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012

Re: HO-URTK.P0003US.RX; Method for Increasing
the Bearing Capacity of Foundation Soils for
Built Structures; F&J Fife 11105013

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | HOURS | RATE | FEE |
|---|---|---|---|
| Huyen Thanh Luong | 0.80 | $350.00 | 280.00 |
| TOTAL | 0.80 | | 280.00 |

95544911.1

URETEK 000129

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/03/12 | CB Walker | .25 | 161.25 | Review policy and compare definition of advertisement to Applied's counterclaim. |
| 02/11/12 | RP Colquitt | 3.40 | 2,278.00 | Study details of policy language, denial letter from CNA, and potential case authority; prepare draft letter for client and associate commentary to Charles Walker. |

TOTAL CHARGEABLE HOURS ..............................................................................................3.65

FEES ...................................................................................................................................$2,439.25

EXPENSES & SERVICES:

| E101S | Copy | 29.40 | |
|-------|------|-------|----|
| E107S | Delivery services/messengers | 8.07 | |
| | | | 37.47 |

TOTAL FEES AND EXPENSES & SERVICES.............................................................$2,476.72

**TOTAL INVOICE AMOUNT DUE** ...............................................................................**$2,476.72**

50508701.1

**URETEK 000130**

Uretek USA, Inc.
Invoice Number: 11268391
Matter Number: 09406265
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012

Re: General; F&J File #09406265

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Richard P. Colquitt | Of Counsel | 3.40 | $670.00 | 2,278.00 |
| Charles B. Walker | Partner | 0.25 | $645.00 | 161.25 |
| TOTAL | | 3.65 | | 2,439.25 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 3.65 | $668.29 | 2,439.25 |
| TOTAL | | 3.65 | | 2,439.25 |

** Average Hourly Rate for all Personnel

URETEK 000131

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 30, 2012

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

TOTAL FEES......................................................................................................................$2,439.25

TOTAL EXPENSES & SERVICES ............................................................................................37.47

TOTAL FEES AND EXPENSES & SERVICES.......................................................................$2,476.72

**TOTAL INVOICE AMOUNT** DUE ..........................................................................................$2,476.72 **

*PREVIOUS BALANCE:*

| *DATE* | *INVOICE* | *BALANCE DUE* |
|--------|-----------|---------------|
| 4/7/11 | 11172948 | $1,487.50 |
| 6/15/11 | 11194143 | $16,402.82 |
| 11/17/11 | 11235619 | $2,117.78 |
| 1/23/12 | 11251180 | $442.50 |
| 2/10/12 | 11254015 | $4,781.74 |
| | | $25,232.34 |

*TOTAL AMOUNT DUE* ............................................................................................$27,709.06

50508701.1

**URETEK 000132**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 30, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES................................................................................................................$22,260.00

TOTAL EXPENSES & SERVICES.............................................................................180.39

TOTAL FEES AND EXPENSES & SERVICES........................................................$22,440.39

TOTAL INVOICE AMOUNT DUE ..........................................................................$22,440.39 **

95544912.1

**URETEK 000133**

Invoice Number: 11266395
Matter Number: 11108360
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 29, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/02/12 | AR Devereux | .50 | 125.00 | Review and compile dates from Scheduling Order. |
| 02/03/12 | AR Devereux | 2.00 | 500.00 | Review and compile dates for Scheduling Order; conference with H. Luong re dates; docket deadlines. |
| 02/03/12 | HT Luong | 2.00 | 700.00 | Attend to pretrial order and scheduling, including review the pretrial order and patent pretrial order issued by the court; prepare the deadlines based on that orders; correspond with A. Devereux regarding same. |
| 02/06/12 | HT Luong | .75 | 262.50 | Discuss the status of the case with C. Walker, including strategies of addressing the invalidity/unenforceability counterclaim; begin to prepare letter to opposing counsel regarding same; begin to prepare the PICs; attend to Applied's due dates for responding to Uretek's discovery request. |
| 02/06/12 | CB Walker | .25 | 161.25 | Analyze methods to efficiently eliminate invalidity defenses raised in answer but barred by settlement and confer with H. Luong re the same. |
| 02/07/12 | S M Birader | 1.00 | 160.00 | Review, compile and analyze case pleadings for attorney review. |
| 02/07/12 | HT Luong | 2.50 | 875.00 | Prepare the preliminary infringement contentions; finalize same for review by C. Walker. |
| 02/08/12 | AR Devereux | .75 | 187.50 | Compare Scheduling Order sent by opposing counsel; conference with H. Luong re dates; docket deadline for discovery. |
| 02/08/12 | CB Walker | .25 | 161.25 | Review discovery requests and attend to response to the same. |
| 02/09/12 | HT Luong | .50 | 175.00 | Discuss discovery tasks with C. Walker; attend teleconference with C. Walker and B. Barron regarding the litigation. |

95544912.1

**URETEK 000134**

Uretek USA, Inc.
Invoice Number: 11268395
Matter Number: 11108360
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/09/12 | CB Walker | 1.00 | 645.00 | Teleconference with B. Barron re responding to discovery requests; review correspondence from opposing counsel re required conference on electronic discovery preservation and production; attend to infringement contentions. |
| 02/10/12 | HT Luong | 1.50 | 525.00 | Revise the preliminary infringement contentions pursuant to comments from C. Walker. |
| 02/10/12 | CB Walker | .25 | 161.25 | Prepare for and coordinate teleconferences with opposing counsel re ediscovery and agreements as to factual contentions. |
| 02/13/12 | HT Luong | 2.50 | 875.00 | Begin to prepare the summary of Applied's discovery request and letter requesting withdrawal of affirmative defenses; begin to review Applied's objections. |
| 02/14/12 | S M Birader | .25 | 40.00 | Review, compile and analyze case pleadings for attorney review. |
| 02/14/12 | HT Luong | 2.50 | 875.00 | Continue to prepare the summary of Applied's discovery request and letter requesting withdrawal of affirmative defenses; finalize same for C. Walker to review; continue to review Applied's objections |
| 02/14/12 | CB Walker | .50 | 322.50 | Review Applied's objections to discovery requests and analyze areas to compel the same; prepare for ediscovery conference with opposing counsel. |
| 02/15/12 | AR Devereux | .50 | 125.00 | Forward Claim Charts to opposing counsel. |
| 02/15/12 | DM Foster | .25 | 206.25 | Telephone conference with Huyen Luong; review of correspondence with defendants. |
| 02/15/12 | HT Luong | 2.00 | 700.00 | Prepare for and participate in teleconference with B. Barron, M. Vinton, and C. Walker regarding discovery issues. |
| 02/15/12 | CB Walker | 1.25 | 806.25 | Prepare for and teleconference with B. Barron and M. Vinton re collection of responsive documents and litigation logistics. |
| 02/16/12 | S M Birader | 1.25 | 200.00 | Review, compile and analyze case pleadings for attorney review. |
| 02/16/12 | HT Luong | 1.00 | 350.00 | Prepare for and participate in teleconference with opposing counsel. |
| 02/16/12 | CB Walker | 1.75 | 1,128.75 | Prepare for and teleconference with opposing counsel re preservation and production of e-discovery; review potential protective order for use in case; teleconference with M. Vinton re collection of responsive documents. |
| 02/17/12 | CB Walker | .50 | 322.50 | Analyze Applied's pintail disclosures and map discovery strategy; review correspondence from M. Vinton re document collection. |
| 02/20/12 | S M Birader | .75 | 120.00 | Review, compile and analyze case pleadings for attorney review. |
| 02/20/12 | CB Walker | 1.75 | 1,128.75 | Review documents provided by client responsive to document requests; review written discovery requests for potential objections and document collection; correspond with opposing counsel re settlement conference; analyze need for discovery of third party suppliers to Applied. |

URETEK 000135

Uretek USA, Inc.
Invoice Number: 11268395
Matter Number: 11108360
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/21/12 | HT Luong | 2.00 | 700.00 | Review Applied's discovery request in preparation of objections and responses; review the settlement agreement and material from previous lawsuit for same; begin to prepare objections and responses. |
| 02/22/12 | HT Luong | 8.00 | 2,800.00 | Continue to prepare objections and responses to Applied's discovery requests; review Applied's proposed protective order and confer with C. Walker regarding same; review the background of the mediator recommended by Applied; participate in teleconference with C. Walker and opposing counsel regarding settlement. |
| 02/22/12 | CB Walker | 1.50 | 967.50 | Prepare for and teleconference with opposing counsel re settlement as required by scheduling order; investigate potential mediators; correspond with client re collection of information re I-664 an potential defenses from Applied. |
| 02/23/12 | AR Devereux | .75 | 187.50 | Review and compile documents for possible production. |
| 02/23/12 | DM Foster | .50 | 412.50 | Research re: proposed mediator; correspondence with Charles Walker. |
| 02/23/12 | HT Luong | 2.50 | 875.00 | Finalize the objections and responses to Applied's discovery requests for review by C. Walker; begin to gather documents for production; discuss protective order with C. Walker; revise same pursuant to the discussion; begin to conduct research for the summary judgment motion of Applied's affirmative defenses of invalidity and unenforceability. |
| 02/23/12 | CB Walker | .75 | 483.75 | Review proposed stipulation for electronic produced discovery; review proposed objections to written discovery; review and confer re changes to proposed protective order. |
| 02/24/12 | AR Devereux | .25 | 62.50 | Review rules re file documents under seal. |
| 02/24/12 | DM Foster | .25 | 206.25 | Research re: proposed mediator; correspondence with Mr. Walker. |
| 02/24/12 | HT Luong | 2.50 | 875.00 | Continue to conduct research regarding collateral estoppel and waiver of right to challenge the patent's validity; attend to the protective order, including investigate the procedure to file under seal and revise same accordingly. |
| 02/27/12 | HT Luong | 2.00 | 700.00 | Attend to serving of objections, including incorporate comments from C. Walker, finalize the objections for service, serve the objections on opposing counsel; review the discovery responses from Applied. |
| 02/27/12 | CB Walker | 1.25 | 806.25 | Review and revise objections to interrogatory requests and requests for production of documents. |
| 02/28/12 | CB Walker | .50 | 322.50 | Review revisions to protective order and confer re the same; analyze Applied's response to interrogatories for incorrect designation under the protective order and confer re notice of challenge of the same. |
| 02/29/12 | HT Luong | 2.00 | 700.00 | Continue to conduct research regarding waiver of future right to challenge the validity of a patent; discuss same with C. Walker. |

**URETEK 000136**

Uretek USA, Inc.
Invoice Number: 11268395
Matter Number: 11108360
Invoice Date: March 31, 2012
Invoice Due Date: April 30, 2012
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/29/12 | CB Walker | .50 | 322.50 | Review correspondence from opposing counsel re assertion of invalidity defenses and analyze arguments of res judicata raised by prior consent judgment of validity; review correspondence and attachments from client re document collection. |

TOTAL CHARGEABLE HOURS ...................................................................................................55.25

FEES ...........................................................................................................................$22,260.00

EXPENSES & SERVICES:

| | | |
|------|------|------|
| E101S | Copy | 86.55 |
| E105S | Telephone | 2.40 |
| F255S | Online Research - Westlaw | 88.00 |
| F268S | Pacer | 3.44 |
| | | 180.39 |

TOTAL FEES AND EXPENSES & SERVICES.........................................................................$22,440.39

TOTAL INVOICE AMOUNT DUE .......................................................................................$22,440.39

**URETEK 000137**

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 1.00 | $825.00 | 825.00 |
| Charles B. Walker | Partner | 12.00 | $645.00 | 7,740.00 |
| Huyen Thanh Luong | Associate | 34.25 | $350.00 | 11,987.50 |
| Annette R. Devereux | Sr Paralegal | 4.75 | $250.00 | 1,187.50 |
| Sharmin M. Birader | Project Ast | 3.25 | $160.00 | 520.00 |
| TOTAL | | 55.25 | | 22,260.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 47.25 | $434.97 | 20,552.50 |
| Paralegal Personnel | 8.00 | $213.44 | 1,707.50 |
| TOTAL | 55.25 | | 22,260.00 |

\*\* Average Hourly Rate for all Personnel

95544912.1

**URETEK 000138**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

### FULBRIGHT & JAWORSKI L.L.P.
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**



Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 16, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES...................................................................................................$23,267.50

TOTAL EXPENSES & SERVICES.............................................................................509.70

TOTAL FEES AND EXPENSES & SERVICES.........................................................$23,777.20

TOTAL INVOICE AMOUNT DUE ...........................................................................$23,777.20 **

*PREVIOUS BALANCE:*

95559839.1

**URETEK 000139**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**



Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 03/01/12 | S M Birader | .50 | 80.00 | Review, compile and analyze case pleadings for attorney review. |
| 03/01/12 | AR Devereux | .25 | 62.50 | Correspond with H. Luong re deadline to file Notice of Compliance with court re deadlines. |
| 03/01/12 | HT Luong | 3.50 | 1,225.00 | Prepare to participate in teleconference with opposing counsel regarding stipulations and production of non-ESI documents; participate in same; conduct additional research regarding waiver of invalidity defense and discuss same with C. Walker; begin to prepare the motion for summary judgment. |
| 03/01/12 | CB Walker | .75 | 483.75 | Prepare for and attend teleconference with opposing counsel re stipulated facts in accord with court order; review prior settlement agreement and outline arguments for summary judgment against invalidity defenses; review documents provided by client for production. |
| 03/02/12 | HT Luong | 3.00 | 1,050.00 | Attend to the motion for summary judgment on the issue of validity, including review the docket of the prior case to gather relevant facts and continue to prepare the motion. |
| 03/06/12 | AR Devereux | .75 | 187.50 | Prepare and file a Notice of Compliance with court re settlement and term requirements per discovery Order. |
| 03/06/12 | DM Foster | .25 | 206.25 | Correspondence with firm personnel; review of filings. |
| 03/08/12 | AR Devereux | .25 | 62.50 | Correspond with team re upcoming deadlines. |
| 03/08/12 | HT Luong | 3.00 | 1,050.00 | Revise the responses to Applied's discovery requests; finalize same for review by C. Walker; discuss same with C. Walker; continue to prepare the motion for summary judgment. |

**URETEK 000140**

Uretek USA, Inc.
Invoice Number: 11272415
Matter Number: 11108360
Invoice Date: April 16, 2012
Invoice Due Date: May 16, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 03/12/12 | HT Luong | 4.00 | 1,400.00 | Finalize the responses to discovery requests for service to opposing counsel. |
| 03/13/12 | HT Luong | 5.00 | 1,750.00 | Continue to prepare the motion for summary judgment. |
| 03/14/12 | HT Luong | 7.00 | 2,450.00 | Uretek v. Benefil: continue to prepare the motion for summary judgment, including conduct legal research regarding the pleading standard under rule 9; prepare arguments that the language in the settlement agreement is sufficient release language. |
| 03/15/12 | HT Luong | 1.50 | 525.00 | Finalize the motion for summary judgment for review by C. Walker; review e-discovery material from opposing counsel; discuss same with C. Walker; |
| 03/15/12 | CB Walker | .50 | 322.50 | Teleconference with client re amendments to claims; review request for stipulation for ESI production; confer re summary judgment motion against invalidity claims. |
| 03/16/12 | CB Walker | 1.25 | 806.25 | Review motion for summary judgment on excluding invalidity defenses, including review of cited case law. |
| 03/19/12 | CB Walker | .25 | 161.25 | Attend to entry of protective order, including review revisions from opposing counsel re the same. |
| 03/20/12 | HT Luong | 1.25 | 437.50 | Review the material provided by C. Walker regarding negotiations of the previous settlement agreement, discuss same with C. Walker; review the draft of the protective order; discuss same, the mediation, coordination with the expert, and production with C. Walker. |
| 03/21/12 | S M Birader | .25 | 40.00 | Review, compile and analyze case pleadings for attorney review. |
| 03/21/12 | DM Foster | .25 | 206.25 | Execution and delivery of proposed protective order; correspondence with defense counsel and firm attorneys. |
| 03/21/12 | HT Luong | 3.00 | 1,050.00 | Prepare for and attend meeting with O. Lahtinen, B. Barron, M. Vinton and C. Walker. |
| 03/21/12 | CB Walker | 2.00 | 1,290.00 | Prepare for and attend meeting with clients re case status and strategy; attend to mediation scheduling; analyze production issues. |
| 03/22/12 | HT Luong | 1.50 | 525.00 | Attend to L. Goldman's e-mail; discuss the e-discovery stipulation with K. Angle; discuss Uretek's server system with M. Vinton, discuss same with Amy Hyde; confer with C. Walker about information on e-discovery. |
| 03/22/12 | CB Walker | 1.25 | 806.25 | Confer re ESI production; review documents from client re KDOT job; outline areas of discovery; review correspondence from client re additional questions re counterclaims. |
| 03/23/12 | HT Luong | .50 | 175.00 | Discuss the e-discovery issue with G. Anderson and C. Walker. |
| 03/23/12 | CB Walker | .50 | 322.50 | Correspond with opposing counsel re ESI production issues. |
| 03/26/12 | HT Luong | .25 | 87.50 | Coordinate the mediation schedule with client. |

**URETEK 000141**

Uretek USA, Inc.
Invoice Number: 11272415
Matter Number: 11108360
Invoice Date: April 16, 2012
Invoice Due Date: May 16, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 03/27/12 | HT Luong | 2.50 | 875.00 | Attend to discovery matters, including review letter from J. Patton regarding discovery issues, gather documents for production. |
| 03/27/12 | CB Walker | .25 | 161.25 | Review correspondence from opposing counsel re concerns re our discovery objections and confer re response to the same. |
| 03/28/12 | S M Birader | 4.00 | 640.00 | Review and compile client, third-party and production documents from prior case for production and scanning; conference with D. Hunter re set-up of ringtail database, load file and necessary authorization re same |
| 03/28/12 | HT Luong | 1.25 | 437.50 | Coordinate with C. Walker and S. Birader for discovery production, coordinate with B. Barron and M. Vinton for visit to the office for document collection, coordinate with A. Hyde about collecting emails from particular custodians. |
| 03/29/12 | AR Devereux | .50 | 125.00 | Conference with L. Willingham re production from Applied Polymerics and production of Uretek documents. |
| 03/29/12 | HT Luong | 1.75 | 612.50 | Attend to discovery matters, including continue to gather documents, coordinate with client regarding mediation date, discuss discovery disputes with C. Walker; prepare for call with opposing counsel regarding discovery disputes; participate in same. |
| 03/29/12 | CB Walker | 1.25 | 806.25 | Prepare for and attend to teleconference with opposing counsel re responses to their letter re issues with our objections to discovery; attend to supplementing discovery responses. |
| 03/29/12 | LC Willingham | .25 | 38.75 | Create database to contain litigation documents and other case materials. |
| 03/30/12 | AR Devereux | 2.00 | 500.00 | Review and compile documents for production; correspond with vendor re parameters for production; analyze cost of production |
| 03/30/12 | DM Foster | .25 | 206.25 | Correspondence with defense counsel and C. Walker; review of filings and correspondence. |
| 03/30/12 | JC Lewis | 1.00 | 275.00 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images. |
| 03/30/12 | HT Luong | 5.00 | 1,750.00 | Travel to Uretek USA's facility to gather documents; discuss same with B. Barron and M. Vinton. |
| 03/30/12 | LC Willingham | .50 | 77.50 | Review and prepare documents for insertion into litigation database system. |

TOTAL CHARGEABLE HOURS ..................................................................................................63.00

FEES ...............................................................................................................................$23,267.50

95559839.1

**URETEK 000142**

Uretek USA, Inc.
Invoice Number: 11272415
Matter Number: 11108360
Invoice Date: April 16, 2012
Invoice Due Date: May 16, 2012
Page 4

EXPENSES & SERVICES:

| E101S | Copy | 17.70 | |
| F254S | Online Research - Lexis | 26.00 | |
| F255S | Online Research - Westlaw | 466.00 | |
| | | | 509.70 |

TOTAL FEES AND EXPENSES & SERVICES....................................................................................$23,777.20


TOTAL INVOICE AMOUNT DUE ...............................................................................................$23,777.20

95559839.1

**URETEK 000143**

Uretek USA, Inc.
Invoice Number: 11272415
Matter Number: 11108360
Invoice Date: April 16, 2012
Invoice Due Date: May 16, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|-----------------|-------|-------|------|-----|
| David M. Foster | Partner | 0.75 | $825.00 | 618.75 |
| Charles B. Walker | Partner | 8.00 | $645.00 | 5,160.00 |
| Huyen Thanh Luong | Associate | 44.00 | $350.00 | 15,400.00 |
| Joseph Charles Lewis | Prac Support | 1.00 | $275.00 | 275.00 |
| Annette R. Devereux | Sr Paralegal | 3.75 | $250.00 | 937.50 |
| Sharmin M. Birader | Project Ast | 4.75 | $160.00 | 760.00 |
| Lucy Catherine Willingham | Prac Support | 0.75 | $155.00 | 116.25 |
| TOTAL | | 63.00 | | 23,267.50 |

| | HOURS | RATE | FEE |
|-|-------|------|-----|
| Attorney Personnel | 52.75 | $401.49 | 21,178.75 |
| Paralegal Personnel | 10.25 | $203.78 | 2,088.75 |
| TOTAL | 63.00 | | 23,267.50 |

** Average Hourly Rate for all Personnel

URETEK 000144

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 30, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES.................................................................................................................$43,646.25

TOTAL EXPENSES & SERVICES.....................................................................................165.25

TOTAL FEES AND EXPENSES & SERVICES.............................................................$43,811.50

TOTAL INVOICE AMOUNT DUE ....................................................................................$43,811.50 **

95616133.1

**URETEK 000145**

Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

### FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/02/12 | S M Birader | .50 | 80.00 | Review and compile documents for production. |
| 04/02/12 | AR Devereux | 3.00 | 750.00 | Review and compile documents for production; forward material to L. Willingham to be uploaded on ringtail; review defendants production. |
| 04/02/12 | HT Luong | .75 | 262.50 | Prepare for and discuss the document production with C. Walker; provide update of the meeting with B. Barron and M. Vinton on 3/30/2012. |
| 04/02/12 | HT Luong | 1.75 | 612.50 | Gather documents for production; attend to scanning and loading of documents into the database for future review and production. |
| 04/02/12 | HT Luong | 4.50 | 1,575.00 | Review the documents and provide the appropriate confidentiality designation. |
| 04/02/12 | HT Luong | .25 | 87.50 | Notify CFI's counsel of future production of the settlement agreement. |
| 04/02/12 | HT Luong | .25 | 87.50 | Contact G. Wilshire to gather documents from a previous suit. |
| 04/02/12 | HT Luong | .25 | 87.50 | Contact Benefil to obtain organizational charts and royalty statements. |
| 04/02/12 | CB Walker | .25 | 161.25 | Confer with H. Luong re meeting with client re document production and prepare production strategy. |
| 04/02/12 | LC Willingham | .50 | 77.50 | Review and prepare document for insertion into litigation database system; exchange e-mail with A. Devereux regarding document collection and loading. |
| 04/03/12 | S M Birader | .50 | 80.00 | Conference with L. Willingham re database leveling for client documents |
| 04/03/12 | AR Devereux | 4.00 | 1,000.00 | Review and compile documents for production; bates label third party material from previous case; compile media files for production. |

95616133.1

**URETEK 000146**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/03/12 | HT Luong | 1.25 | 437.50 | Attend to Applied's invalidity contentions, including correspond with Dr. Christopher regarding same and begin to review the invalidity contentions and prior art. |
| 04/03/12 | HT Luong | 3.00 | 1,050.00 | Attend to discovery of documents, including review infringement evidence and discuss same with C. Walker to determine production status; prepare a privilege log; discuss the privilege log with C. Walker; revise same accordingly; finalize the production. |
| 04/03/12 | HT Luong | .50 | 175.00 | Call with L. Goldman regarding discovery requests from Applied. |
| 04/03/12 | CB Walker | .50 | 322.50 | Review prior art attached to Applied's invalidity contentions. |
| 04/03/12 | LC Willingham | 1.00 | 155.00 | Exchange e-mail with A. Devereux regarding document collection and processing for review and production; review and prepare documents for insertion into litigation database system; coordinate electronic discovery efforts with A. Devereux and database analyst. |
| 04/04/12 | AR Devereux | 3.50 | 875.00 | Review and compile documents for production; review specs for production; review and redact material for production; review and forward defendants production to be loaded to ringtail. |
| 04/04/12 | JC Lewis | 2.00 | 550.00 | Prepare native documents for attorney review and production through conversion to requested image format. |
| 04/04/12 | HT Luong | .75 | 262.50 | Continue to gather and review documents to be loaded into database for future production. |
| 04/04/12 | SP Spinos | .25 | 85.00 | Research need for presence of local counsel at mediation; discuss need for presence of local counsel at mediation with D. Foster. |
| 04/04/12 | LC Willingham | 1.50 | 232.50 | Review and prepare documents for insertion into litigation database system; conference with processing vendor regarding technical requirement for native document processing and associated cost; telephone conference with processing vendor regarding document processing project; prepare data for electronic processing; review data received from legal team. |
| 04/05/12 | AR Devereux | 2.50 | 625.00 | Review and compile documents for production; review redaction of material; review confidentiality. |
| 04/05/12 | JC Lewis | 3.00 | 825.00 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images.(Uretek v Applied - Doc:1895, Uretek v Applied - Doc:255) |
| 04/05/12 | HT Luong | .25 | 87.50 | Attend to document collection. |
| 04/05/12 | HT Luong | 3.25 | 1,137.50 | Review the interrogatory responses from Applied; continue to review the prior art statement; review Applied's interrogatory requests to determine potential claim construction issues; prepare third-party subpoenas to Nortex and Spilman firm. |

**URETEK 000147**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/05/12 | CB Walker | .25 | 161.25 | Meet with H. Luong re results of review of prior art contentions and confer re response to the same. |
| 04/05/12 | LC Willingham | 1.50 | 232.50 | Review and prepare documents for insertion into litigation database system; continue organizing production data and coordinate document preparation for review by legal team; quality control and review of vendor processed data; perform tiff on the fly processing for multiple documents; develop scope and requirements for upcoming document production; exchange e-mail with A. Devereux regarding document processing and loading in preparation for review and document production. |
| 04/09/12 | S M Birader | 1.00 | 160.00 | Identify and compile client documents for H. Luong review for production. |
| 04/09/12 | AR Devereux | 3.50 | 875.00 | Revise electronic database files and prepare documentation for inclusion in database; reproduce first production with load file; correct redactions in second production; code documents with confidentiality tags. |
| 04/09/12 | HT Luong | 1.50 | 525.00 | Attend to document production, including discuss production format with opposing counsel, coordinate with practice support to ensure proper production format, review documents and designate certain documents for production, continue to collect documents for loading into the system. |
| 04/09/12 | HT Luong | 5.25 | 1,837.50 | Attend to responding to Applied's prior art statement, including prepare the charts for Haekkinen and the previous projects, discuss the projects with Dr. Christopher. |
| 04/09/12 | CB Walker | .75 | 483.75 | Review Applied's invalidity contentions and initial response to the same; identify terms for construction at Markman hearing. |
| 04/09/12 | LC Willingham | 1.50 | 232.50 | Prepare documents for production; perform quality check of documents prior to production; prepare technical production specifications; perform quality control and review of production; exchange e-mail with A. Devereux regarding production. |
| 04/10/12 | AR Devereux | 2.50 | 625.00 | Revise electronic database files and prepare documentation for inclusion in database; review redactions on second production; continue preparation for production. |
| 04/10/12 | DM Foster | .25 | 206.25 | Review of correspondence and filings. |
| 04/10/12 | JC Lewis | 4.50 | 1,237.50 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(Applied, NCFI, BSC, Privious Uretek) |
| 04/10/12 | HT Luong | .25 | 87.50 | Attend to document production issues. |
| 04/10/12 | HT Luong | 5.75 | 2,012.50 | Continue to prepare the response to Applied, including prepare charts for the jobs performed and finalize the response for review by C. Walker. |

95616133.1

**URETEK 000148**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/10/12 | CB Walker | .50 | 322.50 | Review invalidity contentions and confer re response to the same. |
| 04/10/12 | LC Willingham | 1.00 | 155.00 | Perform quality check of documents locked in production; exchange e-mail with A. Devereux regarding productions; identify and resolve paper document collection issues in preparation for productions. |
| 04/11/12 | AR Devereux | 1.00 | 250.00 | Review and correct documents for production. |
| 04/11/12 | HT Luong | 4.25 | 1,487.50 | Finalize the response to Applied's prior art statement for review by C. Walker; discuss same with C. Walker; revise same accordingly; discuss same with Dr. Christopher; revise the response accordingly. |
| 04/11/12 | CB Walker | .75 | 483.75 | Review and revise responses to invalidity contentions for primary reference; confer re the same; review correspondence re scheduling Markman hearing. |
| 04/12/12 | AR Devereux | 2.00 | 500.00 | Revise electronic database files and prepare documentation for inclusion in database; review documents for production. |
| 04/12/12 | DM Foster | .50 | 412.50 | Telephone conference and correspondence with firm attorneys; review of pretrial order and related materials. |
| 04/12/12 | JC Lewis | 1.00 | 275.00 | Load electronic documents and associated metadata into database for attorney review and production, perform quality control procedures to verify integrity of metadata and electronic documents. |
| 04/12/12 | HT Luong | 4.25 | 1,487.50 | Attend to responding to Applied's prior art statement, including conduct research regarding filing dates for 35 USC 102(b) purposes, continue to revise the responses to incorporate comments from Dr. Christopher, finalize same for review by C. Walker. |
| 04/12/12 | HT Luong | 1.25 | 437.50 | Attend to production issues, including prepare letter re gaps in production and continue to gather documents; attend to arrangement of Markman hearing, including discuss same with C. Walker and participate on teleconference with opposing counsel and the Court's chambers. |
| 04/12/12 | CB Walker | .75 | 483.75 | Multiple calls with opposing counsel and court clerk re scheduling of Markman hearing; review responses to invalidity contentions. |
| 04/12/12 | LC Willingham | 1.00 | 155.00 | Prepare data for electronic processing; review data received from processing vendor; prepare data load specifications for insertion into litigation review database; review and quality control of loaded data; exchange email with A. Devereux regarding loads. |
| 04/13/12 | AR Devereux | 1.50 | 375.00 | Review and compile exhibits for Prior Art Statement; forward Prior Art Statement, claim charts and exhibits to opposing counsel. |
| 04/13/12 | HT Luong | 4.00 | 1,400.00 | Discuss the response to Applied's Prior art statement with C. Walker; revise the response accordingly; finalize the response for service on Applied's counsel. |

95616133.1

**URETEK 000149**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/13/12 | CB Walker | 1.50 | 967.50 | Review and revise response to invalidity contentions; review correspondence re request for supplemental discovery responses and attend to the same. |
| 04/17/12 | AR Devereux | .50 | 125.00 | Correspond with team re mediation deadlines. |
| 04/19/12 | S M Birader | .50 | 80.00 | Review and compile client documents for H. Luong review and analysis. |
| 04/20/12 | HT Luong | .50 | 175.00 | Prepare the list of terms to be construed. |
| 04/23/12 | AR Devereux | 3.50 | 875.00 | Review production from opposing counsel; correspond with opposing counsel re missing CD; review and compile documents for production. |
| 04/23/12 | HT Luong | 1.00 | 350.00 | Discuss the proposed claim terms with C. Walker; revise same for review by C. Walker; discuss the subpoena of the investigator with C. Walker; begin to prepare supplemental interrogatories responses; research potential translation services for the Italian application; contact the services regarding same. |
| 04/23/12 | CB Walker | .25 | 161.25 | Review letter from opposing counsel re production issues; confer re supplemental production, preparation for Markman hearing, and identification of terms for construction by court. |
| 04/24/12 | AR Devereux | 3.00 | 750.00 | Review and load documents for possible production and inclusion in database; review and mark documents with confidentiality designations. |
| 04/24/12 | HT Luong | 8.00 | 2,800.00 | Attend to discovery issues, including review documents, gather documents for upload, review Applied's motion to compel, review documents for production; discuss discovery issues with B. Barron; discuss the pre-suit investigation with PI and D. Crowley; prepare supplemental infringement contentions, continue to find appropriate technical translator for the Italian application; prepare email to C. Walker about the motion to compel and other pending issues. |
| 04/24/12 | CB Walker | .25 | 161.25 | Review subpoena to investigator Stoneman and attend to response to the same. |
| 04/25/12 | AR Devereux | 5.50 | 1,375.00 | Review and compile documents for production; conference with L. Willingham re loading of documents; review and mark documents as privileged. |
| 04/25/12 | JC Lewis | 1.00 | 275.00 | Load electronic documents and associated metadata into database for attorney review and production, perform quality control procedures to verify integrity of metadata and electronic documents. |
| 04/26/12 | AR Devereux | 6.00 | 1,500.00 | Review and compile documents for privilege; review and compile documents for production; prepare new documents to be loaded to ringtail for possible production. |
| 04/26/12 | HT Luong | 4.00 | 1,400.00 | Conduct document review and coordinate for document production. |

**URETEK 000150**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/26/12 | LC Willingham | 1.00 | 155.00 | Prepare documents for vendor processing; prepare documents for production; exchange email with A. Devereux regarding production and document discrepancies; prepare technical production specifications for 4/27 production; prepare documents for insertion into litigation database. |
| 04/27/12 | AR Devereux | 3.00 | 750.00 | Revise electronic database files and prepare documentation for inclusion in database; review files from R. Stoneman for production; forward third production to opposing counsel; review subpoena from opposing counsel; privilege review of documents to be produced. |
| 04/27/12 | JC Lewis | 3.00 | 825.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel; load electronic documents and associated metadata into database for attorney review and production, perform quality control procedures to verify integrity of metadata and electronic documents. |
| 04/27/12 | HT Luong | 3.50 | 1,225.00 | Discuss the status of the case with C. Walker, including the motion to compel and Markman brief; review the Nortex letter to Jefferson Parish and discuss same with C. Walker; prepare the subpoena to Nortex; correspond with Robert Stoneman regarding documents responsive of the subpoena; participate in call with B. Barron and C. Walker. |
| 04/27/12 | CB Walker | .25 | 161.25 | Review motion to compel and confer re response to the same; confer re need for translation of Italian application. |
| 04/27/12 | LC Willingham | .50 | 77.50 | Review and quality control of document production; prepare production CDs for legal team; exchange email with A. Devereux regarding production and document loads; prepare technical load request for vendor processed data. |
| 04/30/12 | AR Devereux | 1.00 | 250.00 | Review and prepare documents to be produced by R. Stoneman; Revise electronic database files and prepare documentation for inclusion in database. |
| 04/30/12 | JC Lewis | 1.00 | 275.00 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images. |
| 04/30/12 | HT Luong | 1.00 | 350.00 | Discuss case with C. Walker; finalize the supplemental interrogatories responses for review by C. Walker; |

TOTAL CHARGEABLE HOURS ...................................................................................................141.75

FEES ...............................................................................................................................$43,646.25

EXPENSES & SERVICES:

| E101S | Copy | 115.20 |
|-------|------|--------|
| E105S | Telephone | 0.27 |
| E107S | Delivery services/messengers | 49.78 |

95616133.1

**URETEK 000151**

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012

165.25

TOTAL FEES AND EXPENSES & SERVICES.................................................................................$43,811.50

TOTAL INVOICE AMOUNT DUE ......................................................................................$43,811.50

95616133.1

Uretek USA, Inc.
Invoice Number: 11283252
Matter Number: 11108360
Invoice Date: May 31, 2012
Invoice Due Date: June 30, 2012

---

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 0.75 | $825.00 | 618.75 |
| Charles B. Walker | Partner | 6.00 | $645.00 | 3,870.00 |
| Huyen Thanh Luong | Associate | 61.25 | $350.00 | 21,437.50 |
| Selina Penelope Spinos | Associate | 0.25 | $340.00 | 85.00 |
| Joseph Charles Lewis | Prac Support | 15.50 | $275.00 | 4,262.50 |
| Annette R. Devereux | Sr Paralegal | 46.00 | $250.00 | 11,500.00 |
| Sharmin M. Birader | Project Ast | 2.50 | $160.00 | 400.00 |
| Lucy Catherine Willingham | Prac Support | 9.50 | $155.00 | 1,472.50 |
| TOTAL | | 141.75 | | 43,646.25 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 68.25 | $381.12 | 26,011.25 |
| Paralegal Personnel | | 73.50 | $239.93 | 17,635.00 |
| TOTAL | | 141.75 | | 43,646.25 |

\*\* Average Hourly Rate for all Personnel

URETEK 000153

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 02/23/12 | KM Angle | .50 | 202.50 | Review issues related to ediscovery protocol stipulation presented to our client by opposing party. |
| 02/24/12 | KM Angle | 1.70 | 688.50 | Review and analyze stipulation related to ediscovery protocol presented to our client by opposing party. |
| 02/28/12 | KM Angle | .50 | 202.50 | Review and analyze stipulation related to ediscovery protocol presented to our client by opposing party. |
| 05/01/12 | AR Devereux | 2.00 | 500.00 | Review documents for privilege before production. |
| 05/01/12 | HT Luong | 2.00 | 700.00 | Attend to document production, including review the correspondences provided by M. Vinton, discuss same with C. Walker; correspond with the translation services for translation of the Italian application; discuss various technical aspects with Dr. Christopher; discuss the supplemental interrogatory responses with C. Walker. |
| 05/01/12 | CB Walker | .75 | 483.75 | Review selected documents for production; analyze opinions of technical expert. |
| 05/02/12 | S M Birader | 3.25 | 520.00 | Review and analyze case pertinent pleadings re compliance notice, protective order and memorandum re same, defendant's claim chart and prior art statement, plaintiff's prior art statement, memorandum re motion to compel and R. Stoneman subpoena for attorney review. |
| 05/02/12 | DM Foster | .25 | 206.25 | Correspondence with firm attorneys and review of filings. |
| 05/02/12 | HT Luong | 5.00 | 1,750.00 | Conduct legal research to prepare the claim construction brief; begin preparing same. |
| 05/03/12 | AR Devereux | 1.00 | 250.00 | Prepare Stoneman documents for production in response to subpoena. |

**URETEK 000154**

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 05/03/12 | JC Lewis | 1.50 | 412.50 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians: Stoneman Production 01 – 05.03.2012) |
| 05/03/12 | HT Luong | 2.50 | 875.00 | Prepare for and participate in meeting with C. Walker to discuss strategies on claim construction and discovery designations. |
| 05/03/12 | HT Luong | 4.50 | 1,575.00 | Attend to discovery issues, including review correspondences from Uretek and producing documents from R. Stoneman. |
| 05/03/12 | HT Luong | 3.50 | 1,225.00 | Attend to supplementing the interrogatory responses and corresponding with opposing counsel regarding claim terms. |
| 05/03/12 | CB Walker | .75 | 483.75 | Revise interrogatory responses; review proposed claim terms. |
| 05/03/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; prepare technical production specifications; review and quality control of production; exchange email with A. Devereux regarding production. |
| 05/04/12 | AR Devereux | .50 | 125.00 | Correspond with team re upcoming deadline on claim construction briefing. |
| 05/04/12 | HT Luong | 2.00 | 700.00 | Finalize the supplemental interrogatory responses. |
| 05/04/12 | CB Walker | .50 | 322.50 | Revise supplemental interrogatory responses; teleconference with potential damages expert, D. Leathers. |
| 05/06/12 | HT Luong | .75 | 262.50 | Continue to review documents for production. |
| 05/07/12 | HT Luong | 3.00 | 1,050.00 | Prepare the response to Applied's motion to compel; finalize same for review by C. Walker; finalize the supplemental interrogatory responses and forward same to opposing counsel. |
| 05/07/12 | CB Walker | 1.25 | 806.25 | Review correspondence from opposing counsel re production of videos; attend to supplemental production of the same; outline issues for Markman briefing. |
| 05/08/12 | S M Birader | .25 | 40.00 | Review, compile and analyze discovery for attorney review and analysis. |
| 05/08/12 | SS Coleman | 2.25 | 765.00 | Review response to motion to compel for filing; confer with D. Foster on response to motion; review motion to compel to address D. Foster's changes; revise response to motion to compel; review issues in local rules; conduct final review of response; file response and exhibit. |
| 05/08/12 | AR Devereux | .50 | 125.00 | Correspond with opposing counsel re Supplemental Response to Interrogatories; review productions. |
| 05/08/12 | DM Foster | 1.25 | 1,031.25 | Telephone conference and correspondence with firm attorneys; review and revision of draft Opposition of Motion to Compel. |

URETEK 000155

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 05/08/12 | HT Luong | 3.50 | 1,225.00 | Attend to production of documents, including finalizing the fourth set of documents for production; attend to responding to the motion to compel, including prepare C. Walker's declaration; correspond with opposing counsel regarding proposed claim terms, attend to filing of the response to motion to compel. |
| 05/08/12 | CB Walker | 3.25 | 2,096.25 | Revise response to motion to compel; attend to supplemental production of documents; confer re Markman briefing. |
| 05/09/12 | S M Birader | .50 | 80.00 | Review, compile and analyze case pleadings and discovery for attorney review. |
| 05/09/12 | HT Luong | 8.50 | 2,975.00 | Continue to prepare the Markman brief, including review the file history for support of the definitions and research of supporting extrinsic material, provide definitions for the disputed terms and provide corresponding arguments and support; attend to document production. |
| 05/10/12 | S M Birader | .50 | 80.00 | Assist with document production. |
| 05/10/12 | JC Lewis | 2.00 | 550.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Uretek Production 05 05-10-2012) |
| 05/10/12 | HT Luong | 4.50 | 1,575.00 | Finalize the Markman brief for review by C. Walker. |
| 05/10/12 | LC Willingham | 1.00 | 155.00 | Prepare documents for production; perform quality check of documents prior to production regarding discrepancies; review and quality control of production; prepare production disks for delivery to legal team; exchange email with legal team regarding production. |
| 05/11/12 | S M Birader | .50 | 80.00 | Review, compile and analyze case pleadings re motion to compel and notices of appearance for attorney review. |
| 05/11/12 | CB Walker | 1.00 | 645.00 | Review Markman brief and confer re the same. |
| 05/14/12 | CB Walker | 1.25 | 806.25 | Review Markman claim construction brief. |
| 05/15/12 | SS Coleman | .75 | 255.00 | Assist with filing of Markman briefing; discuss courtesy copies. |
| 05/15/12 | AR Devereux | 4.00 | 1,000.00 | Prepare exhibits for claim construction brief; prepare courtesy copy; review and compile case law to be included with courtesy copy; edit claim construction brief. |
| 05/15/12 | DM Foster | .75 | 618.75 | Review of defendant's reply brief supporting Motion to Compel; correspondence with defense counsel; telephone conferences with firm attorneys; review of draft Claim Construction Brief |
| 05/15/12 | HT Luong | 7.75 | 2,712.50 | Attend to filing of Markman brief, including discuss same with C. Walker, revise same accordingly to discussion, coordinate with A. Devereux to prepare Exhibits and mailing of courtesy copy, coordinate with D. Foster and S. Spinos for filing of same with the Court. |
| 05/15/12 | CB Walker | 6.50 | 4,192.50 | Prepare Markman claim construction brief, including review of key exhibits and revise draft; prepare for Markman hearing. |

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 05/16/12 | S M Birader | .75 | 120.00 | Review and analyze case pertinent pleadings re order, Applied Polymeric's Reply memorandum, Applied Polymeric's Claim construction Brief and Benefil's claim construction brief for attorney review and further case analysis. |
| 05/16/12 | DM Foster | .25 | 206.25 | Correspondence with firm attorneys and counsel for defendants. |
| 05/17/12 | DM Foster | .50 | 412.50 | Telephone conferences and correspondence with Judge Spencer's chambers, counsel for defendant and firm attorneys. |
| 05/17/12 | HT Luong | .25 | 87.50 | Discussion with B. Barron regarding the status of the case. |
| 05/21/12 | AR Devereux | 1.00 | 250.00 | Review and compile documents from Applied Polymerics Markman Brief; revise jump drive files and prepare documentation for inclusion in database. |
| 05/21/12 | HT Luong | 7.75 | 2,712.50 | Attend to Markman hearing, including prepare the presentation for the Court. |
| 05/22/12 | JC Lewis | 1.00 | 275.00 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images.(custodians:Uretek Load 05-22-2012) |
| 05/22/12 | HT Luong | 5.75 | 2,012.50 | Attend to document production, including continue to review emails from B. Barron and discuss same with C. Walker; finalize the review of B. Barron's emails for production; begin to review emails from company server. |
| 05/22/12 | CB Walker | 2.50 | 1,612.50 | Prepare for patent claim construction hearing, including review prior claim construction orders of the court, review presentation slides, confer re revisions to the same, and review patent specification and prosecution history for support of key terms. |
| 05/22/12 | LC Willingham | .50 | 77.50 | Prepare client documents for insertion into review database; exchange email with legal team. |
| 05/23/12 | S M Birader | .75 | 120.00 | Review and analyze documents from Brent Baron and prepare for litigation database system; conference with H. Luong and L. Willingham re the same. |
| 05/23/12 | AR Devereux | 4.00 | 1,000.00 | Review and compile documents for sixth production; review discrepancies for sixth production; prepare letter and forward sixth production to opposing counsel; perform privilege search over new email documents. |
| 05/23/12 | JC Lewis | 2.00 | 550.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel(custodians: Uretek Production 06 05.23.2012) |
| 05/23/12 | HT Luong | 6.50 | 2,275.00 | Attend to document production, including continue to review documents provided by B. Barron; coordinate with A. Devereux for production; confirm collection procedure with M. Vinton and A. Hyde, discuss certain documents with C. Walker. |

**URETEK 000157**

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 05/23/12 | HT Luong | 2.00 | 700.00 | Conduct research regarding written description and revise the PPT in preparation for the Markman hearing. |
| 05/23/12 | CB Walker | 2.25 | 1,451.25 | Prepare for patent claim construction hearing, including review presentation slides and briefing. |
| 05/23/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review and quality control of production; exchange email with legal team regarding documents in production and discrepancies; prepare production disks for opposing counsel. |
| 05/24/12 | AR Devereux | 2.50 | 625.00 | Review and compile emails for production; review discrepancies. |
| 05/24/12 | JC Lewis | 2.00 | 550.00 | Prepare native documents for attorney review and production through conversion to requested image format. |
| 05/24/12 | HT Luong | 5.75 | 2,012.50 | Attend to Markman hearing, including revise the presentation for the Markman, discuss same with C. Walker, prepare documents for the hearing. |
| 05/24/12 | CB Walker | 8.25 | 5,321.25 | Prepare for patent claim construction hearing, including revise presentation slides, add presentation slides re support for definitions of "built structure", review case law re necessity to address original filed specification for defining built structures, review motion to compel briefing, and confer re latest production of documents; travel to Richmond, VA for hearing on patent claim construction and motion to compel, including continued preparation of presentation. |
| 05/24/12 | LC Willingham | .25 | 38.75 | Prepare documents for production; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding production. |
| 05/25/12 | S M Birader | .50 | 80.00 | Conference with H. Luong and L. Willingham re Uretek documents from Brent Barron and preparing the same for litigation database system. |
| 05/25/12 | AR Devereux | 2.00 | 500.00 | Review discrepancies in production 7; review and compile documents for production to opposing counsel. |
| 05/25/12 | DM Foster | 4.75 | 3,918.75 | Representation of Uretek at hearings on claim construction and Motion to Compel. |
| 05/25/12 | JC Lewis | 2.00 | 550.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Uretek Production 07 05.24.2012) |
| 05/25/12 | CB Walker | 11.50 | 7 417.50 | Prepare for and attend patent claim construction hearing and hearing on motion to compel; return travel, including prepare summary of hearing and outline discovery procedure. |
| 05/25/12 | LC Willingham | .50 | 77.50 | Exchange email with A. Devereux regarding document discrepancy in production set; review and quality control of Uretek Production 07. |
| 05/31/12 | CB Walker | .25 | 161.25 | Review certificate of re-exam and correspond with client re the same; attend to supplemental production. |

**URETEK 000158**

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 6

TOTAL CHARGEABLE HOURS ...................................................................................................167.20

FEES ............................................................................................................................................$69,618.50

EXPENSES & SERVICES:

| Code | Date | Description | Amount |
|---|---|---|---|
| E101S | | Copy | 346.05 |
| E105S | | Telephone | 1.32 |
| E107S | | Delivery services/messengers | 66.86 |
| F254S | | Online Research - Lexis | 156.00 |
| F255S | | Online Research - Westlaw | 520.68 |
| F256S | | Equitrac Color Copies | 13.50 |
| F268S | | Pacer | 21.20 |
| E124 | 05/07/12 | Other - Huyen Luong - Translation of document from Italian to English by LA Translation. Bank ID: 008 Check Number: 209967 | 95.00 |
| E124 | 05/07/12 | Other - Huyen Luong - Translation of document from Italian to English by LA Translation. Bank ID: 008 Check Number: 209967 | 935.76 |
| E118 | 05/08/12 | Practice Support Vendors - Kiersted Systems, LP - Process data, data deduction, de-nist/de-dupe (0.038GB); output, images (0.762GB). Bank ID: 008 Check Number: 209621 | 570.42 |
| E123 | 05/15/12 | Other professionals - CaseWorks Document Imaging Inc. Conversion of documents in Multi-Tiff format into Single-Tiff format/05112012 Bank ID: 008 Check Number: 209546 | 322.14 |
| E101 | 05/24/12 | Copies - Pitney Bowes Management Services - scan doc to pdf Bank ID: 008 Check Number: 210332 VOID - Bank ID: 008 Check Number: 210332 Bank ID: 008 Check Number: 210335 VOID - Bank ID: 008 Check Number: 210335 Bank ID: 008 Check Number: 210339 | 143.87 |
| E110 | 05/25/12 | Out-of-town travel - David M. Foster Travel from Richmond, VA to Samuel Miller, VA Bank ID: 008 Check Number: 210804 | 96.39 |
| | | | 3,289.19 |

TOTAL FEES AND EXPENSES & SERVICES.............................................................................$72,907.69

TOTAL INVOICE AMOUNT DUE ................................................................................................$72,907.69

URETEK 000159

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 7.75 | $825.00 | 6,393.75 |
| Charles B. Walker | Partner | 40.00 | $645.00 | 25,800.00 |
| Keith Matthew Angle | Sr Counsel | 2.70 | $405.00 | 1,093.50 |
| Huyen Thanh Luong | Associate | 75.50 | $350.00 | 26,425.00 |
| Selina Penelope Coleman | Associate | 3.00 | $340.00 | 1,020.00 |
| Joseph Charles Lewis | Prac Support | 10.50 | $275.00 | 2,887.50 |
| Annette R. Devereux | Sr Paralegal | 17.50 | $250.00 | 4,375.00 |
| Sharmin M. Birader | Project Ast | 7.00 | $160.00 | 1,120.00 |
| Lucy Catherine Willingham | Prac Support | 3.25 | $155.00 | 503.75 |
| TOTAL | | 167.20 | | 69,618.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 128.95 | $470.98 | 60,732.25 |
| Paralegal Personnel | 38.25 | $232.32 | 8,886.25 |
| TOTAL | 167.20 | | 69,618.50 |

\*\* Average Hourly Rate for all Personnel

URETEK 000160

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 9, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES..................................................................................................$69,618.50

TOTAL EXPENSES & SERVICES...........................................................................3,289.19

TOTAL FEES AND EXPENSES & SERVICES.........................................................$72,907.69

*TOTAL INVOICE AMOUNT DUE* ...................................................................$72,907.69 **

*PREVIOUS BALANCE:*

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |

$114,353.90

*TOTAL AMOUNT DUE* ................................................................................$187,261.59

95694017.1

**URETEK 000161**

Uretek USA, Inc.
Invoice Number: 11301545
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012

**URETEK 000162**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/01/12 | AR Devereux | .50 | 125.00 | Produce re-exam notification; prepare privilege log. |
| 06/01/12 | JC Lewis | 1.50 | 412.50 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Uretek Production 08 06.01.2012) |
| 06/01/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding production. |
| 06/04/12 | AR Devereux | 5.00 | 1,250.00 | Review and compile privilege log. |
| 06/04/12 | CB Walker | 1.25 | 806.25 | Review privilege log; review select documents for production. |
| 06/05/12 | AR Devereux | 3.50 | 875.00 | Review and compile documents for production; review and mark privilege material. |
| 06/05/12 | HT Luong | 1.00 | 350.00 | Review the scheduling order to determine required changes in light of the change in Markman hearing date, review the Applied's documents to determine relevant infringement documents and for deposition, identify potential witnesses for deposition. |
| 06/06/12 | DM Foster | .25 | 206.25 | Review of court order re: discovery; correspondence with firm attorneys. |
| 06/06/12 | CB Walker | 1.75 | 1,128.75 | Teleconference with potential damages experts; analyze damages claim. |
| 06/07/12 | DM Foster | .50 | 412.50 | Conference call with Charles Walker and Huyen Long; review of correspondence. |
| 06/07/12 | HT Luong | 2.50 | 875.00 | Discuss expert report and scheduling strategies with C. Walker; prepare letter regarding production of Pl's material to Bryan Scott; conduct search of damage expert in Richmond; review Applied's documents for relevant information. |

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/08/12 | HT Luong | .50 | 175.00 | Participate in teleconference with C. Walker and opposing counsel, B. Scott, regarding scheduling and discovery issues. |
| 06/08/12 | CB Walker | 2.50 | 1,612.50 | Prepare for and attend teleconference with opposing counsel regarding supplemental production; review prior memorandums of research on defenses to counterclaims. |
| 06/11/12 | AR Devereux | 3.50 | 875.00 | Review documents for privilege; review and compile documents for production. |
| 06/11/12 | DM Foster | .25 | 206.25 | Telephone conferences and correspondence with firm attorneys; review of draft joint Motion for Extension. |
| 06/11/12 | HT Luong | 5.50 | 1,925.00 | Attend to filing a request for extension and compiling response to interrogatory requests in compliance with the court's order; begin to prepare the expert report, including gather infringement evidence. |
| 06/12/12 | S M Birader | .50 | 80.00 | Review and analyze case pertinent pleadings re case status pertaining to order re motion to compel for attorney review and analysis. |
| 06/12/12 | AR Devereux | 3.50 | 875.00 | Review documents for privilege; review and compile documents for production. |
| 06/12/12 | HT Luong | 4.00 | 1,400.00 | Coordinate with M. Vinton for job files responsive to interrogatories; continue to review documents; revise the joint motion requesting extension of the expert reports according to discussion with C. Walker. |
| 06/12/12 | CB Walker | 4.75 | 3,063.75 | Outline issues for expert report on infringement; outline facts supporting defenses to counterclaims; create damages model. |
| 06/13/12 | AR Devereux | 4.50 | 1,125.00 | Review and compile documents for production; review documents for privilege type; review and compile Privilege log for C. Walker; file Motion to Extend deadlines with court. |
| 06/13/12 | DM Foster | 1.00 | 825.00 | Review of Claim Construction Order; review of updated draft of Motion for Extension; correspondence with firm attorneys and firm counsel. |
| 06/13/12 | HT Luong | 2.00 | 700.00 | Participate in teleconference with a potential damages expert and C. Walker; participate in teleconference with C. Walker, B. Barron, and M. Vinton to discuss the damages calculation and required documents. |
| 06/13/12 | HT Luong | 1.50 | 525.00 | Participate in teleconference with C. Walker and Brian Despain to discuss jobs performed by Applied. |
| 06/13/12 | HT Luong | 6.00 | 2,100.00 | Review the Markman Order; discuss the trial schedule with C. Walker; coordinate with opposing counsel for revision and filing of the joint request for extension of various deadlines; continue to review documents for production. |
| 06/13/12 | CB Walker | 2.75 | 1,773.75 | Teleconference with B. DeSpain re bids in competition with Applied Polymerics for damage claim; prepare damages claim; attend to expert reports. |

**URETEK 000164**

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/14/12 | KM Angle | 1.00 | 405.00 | Review and analyze requirements of court order regarding discovery disclosure and prepare revised response for review by case team. |
| 06/14/12 | S M Birader | .50 | 80.00 | Review and organize client documents pertaining to job files; coordinate the same for litigation database system. |
| 06/14/12 | AR Devereux | 4.50 | 1,125.00 | Review and compile deposition from previous case; review correspondence re confidentiality status of depositions; review documents for privilege; review and compile documents for production. |
| 06/14/12 | HT Luong | 5.00 | 1,750.00 | Prepare the amended interrogatory responses per the Court's order; finalize the document review for production; coordinate for production of job files provided by M. Vinton; continue to prepare the expert report for infringement. |
| 06/14/12 | CB Walker | 2.75 | 1,773.75 | Review new infringement evidence; prepare for fact witness depositions, including outline issues to cover; teleconference with D. Leathers regarding damages model. |
| 06/14/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review and quality control of production; exchange email with legal team regarding documents in production and discrepancies; prepare production disks for opposing counsel. |
| 06/15/12 | S M Birader | 1.50 | 240.00 | Review and gather job number and contract number information from job files for H. Luong review and analysis; draft correspondence to L .Willingham re box 1 of job files from client for the litigation database system. |
| 06/15/12 | AR Devereux | 4.50 | 1,125.00 | Review and compile production to be served on opposing counsel; review documents for privilege; correspond with team re upcoming deadlines re expert reports and discovery deadlines; forward Second supplemental response to Defendants First set of Interrogatories to opposing counsel. |
| 06/15/12 | JC Lewis | 1.50 | 412.50 | Prepare native documents for attorney review and production through conversion to requested image format. |
| 06/15/12 | HT Luong | 4.00 | 1,400.00 | Discuss trial strategies, including depositions and infringement evidence, with C. Walker, continue to prepare the expert report, including search and retrieve documents to support infringement; manage document production. |
| 06/15/12 | CB Walker | 3.50 | 2,257.50 | Review depositions of fact witnesses from previous AP litigation review 30b6 deposition notice of Uretek and prepare response to the same. |
| 06/15/12 | LC Willingham | 1.00 | 155.00 | Prepare documents for production; review and quality control of production; exchange email with legal team regarding documents in production and discrepancies; prepare production disks for opposing counsel; prepare hard copy documents for insertion into litigation review database. |

**URETEK 000165**

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/18/12 | S M Birader | .25 | 40.00 | Review and coordinate client files for the litigation database system. |
| 06/18/12 | SS Coleman | .50 | 170.00 | Review local rules and procedures on compliance with discovery order; review documents sent by H. Luong; address H. Luong's question about compliance with discovery order. |
| 06/18/12 | AR Devereux | 4.00 | 1,000.00 | Review and compile privilege log; review and compile documents for production; forward same to opposing counsel. |
| 06/18/12 | DM Foster | .25 | 206.25 | Correspondence with firm attorneys and defense counsel. |
| 06/18/12 | JC Lewis | 1.50 | 412.50 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Uretek Production 11 06.18.2012) |
| 06/18/12 | CB Walker | 3.75 | 2,418.75 | Review documents for production; review materials describing VDOT pavements for infringement analysis; attend to compliance with order compelling discovery; correspond with opposing counsel re scheduling depositions; review letter from opposing counsel re discovery responses; attend to supplementing the same. |
| 06/18/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review and quality control of production; exchange email with legal team regarding documents in production and discrepancies; prepare production disks for opposing counsel. |
| 06/19/12 | S M Birader | 4.00 | 640.00 | Draft correspondence re documents pertaining to client job files to L. Willingham for the litigation database system; review and code privilege documents. |
| 06/19/12 | AR Devereux | 7.75 | 1,937.50 | Review and code privilege material for log; create log; review and compile discovery material for C. Walker. |
| 06/19/12 | JC Lewis | 2.00 | 550.00 | Prepare native documents for attorney review and production through conversion to requested image format.(PDF to TIFF 1,337 documents) |
| 06/19/12 | HT Luong | 4.50 | 1,575.00 | Prepare the letter to B. Scott of Applied regarding discovery issues; prepare the supplemental discovery responses; discuss same with C. Walker; discuss trial strategies with C. Walker; revise the letter and supplemental responses accordingly. |
| 06/19/12 | HT Luong | 4.00 | 1,400.00 | Continue to review documents for production and coordinate with A. Devereux for completion of privilege log. |
| 06/19/12 | CB Walker | 3.25 | 2,096.25 | Correspond with opposing counsel re depositions of AP; review 30b6 notice of deposition to Benefil and correspond with client re the same; prepare for deposition of 30b6 of Uretek; review Virginia infringement evidence. |
| 06/19/12 | LC Willingham | 1.00 | 155.00 | Prepare client documents for insertion into review database; exchange email with legal team; perform quality control of loaded documents. |
| 06/20/12 | S M Birader | 3.25 | 520.00 | Review and compile privilege log. |

95694356.2

**URETEK 000166**

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/20/12 | AR Devereux | 5.50 | 1,375.00 | Edit and compile privilege log; produce documents to opposing counsel; forward 3rd supplemental response to opposing counsel. |
| 06/20/12 | DM Foster | .25 | 206.25 | Review of correspondence; telephone conference with Ms. Luong. |
| 06/20/12 | JC Lewis | 1.50 | 412.50 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel. (custodians: Uretek Production 12 06.20.2012) |
| 06/20/12 | HT Luong | 4.00 | 1,400.00 | Continue to prepare expert report; coordinate with A. Devereux and C. Walker for discovery production, including interrogatory responses, privilege log, letter re electronic discovery protocol. |
| 06/20/12 | CB Walker | 4.50 | 2,902.50 | Prepare privilege log, including review of documents identified as potentially privileged; prepare for depositions of Applied witnesses; correspond with opposing counsel re production of additional documents; review supplemental interrogatory responses. |
| 06/20/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding production. |
| 06/21/12 | AR Devereux | 6.00 | 1,500.00 | Edit Privilege Log; review and compile documents from previous case for production; review and compile Uretek correspondence for production. |
| 06/21/12 | DM Foster | .25 | 206.25 | Review of correspondence and filings. |
| 06/21/12 | HT Luong | 4.00 | 1,400.00 | Attend to document production, including privilege log. |
| 06/21/12 | CB Walker | 2.75 | 1,773.75 | Review and revise privilege log; review new DOT documents in support of infringement claims; review AP disclosures. |
| 06/22/12 | AR Devereux | 3.00 | 750.00 | Review and compile documents for possible production from previous Applied case. |
| 06/22/12 | JC Lewis | 2.00 | 550.00 | Prepare native documents for attorney review and production through conversion to requested image format.(PDF to TIFF 83 documents) |
| 06/22/12 | HT Luong | 4.00 | 1,400.00 | Attend to document production, including prepare documents for production and review Applied's documents. |
| 06/22/12 | CB Walker | 5.75 | 3,708.75 | Prepare for depositions, including review of AP documents and prior deposition testimony; prepare for 30b6 deposition of Uretek, including identify witnesses and documents for presentation; teleconference with M. Vinton regarding support for damages model. |
| 06/22/12 | LC Willingham | .50 | 77.50 | Prepare client documents for insertion into review database; exchange email with legal team regarding documents; perform quality control of loaded documents. |

**URETEK 000167**

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/25/12 | AR Devereux | 3.00 | 750.00 | Review and compile documents for deposition; conference with court reporter re upcoming depositions; revise electronic database files and prepare documentation for inclusion in database. |
| 06/25/12 | DM Foster | .25 | 206.25 | Correspondence with firm attorneys; review of mediation orders and correspondence. |
| 06/25/12 | HT Luong | 6.00 | 2,100.00 | Prepare for and participate in preparation of B. Barron for the 30(b)(6) deposition. |
| 06/25/12 | HT Luong | 4.00 | 1,400.00 | Prepare documents and topics for C. Walker to take depositions of J. Simmons, S. Kammerer, and C. Chappell of Applied. |
| 06/25/12 | CB Walker | 5.25 | 3,386.25 | Teleconference with B. Barron re preparation for 30b6 deposition; prepare for the depositions of AP witnesses, including review of key documents, review of depositions from prior case, and outline topics for discussion; attend to expert reports, including confer re draft report and identify issues for inclusion; prepare damages and support for the same. |
| 06/26/12 | S M Birader | 2.25 | 360.00 | Review, compile and analyze pertinent case pleadings for attorney review and analysis; review and compile complaint, answer, counterclaim, all Uretek interrogatory responses, and Uretek agreements and correspondence for H Luong review. |
| 06/26/12 | AR Devereux | 2.50 | 625.00 | Revise electronic database files and prepare documentation for inclusion in database; review documents for production. |
| 06/26/12 | DM Foster | .75 | 618.75 | Attendance at pre-mediation conference call; review of related documents; telephone conference and correspondence with Charles Walker. |
| 06/26/12 | HT Luong | 2.75 | 962.50 | Continue to prepare documents and topics for C. Walker to take depositions in Richmond, VA. |
| 06/26/12 | HT Luong | 3.50 | 1,225.00 | Continue to prepare the expert report, including discuss the pavement system with Dr. Christopher. |
| 06/26/12 | HT Luong | 1.75 | 612.50 | Attend to discovery matter, including review the Request for Production from Applied; prepare documents for B. Barron's review in preparation of the deposition. |
| 06/26/12 | CB Walker | 10.25 | 6,611.25 | Prepare for and attend teleconference with mediator; prepare for mediation, including outline points for mediation presentation; prepare for deposition of AP witnesses, including review of key documents and contentions; travel to Winston Salem, NC for depositions, including continued preparation for AP depositions. |
| 06/27/12 | S M Birader | .75 | 120.00 | Review and analyze case pertinent request for production and interrogatories for attorney review and analysis; prepare correspondence re requesting an FTP site and responses pertaining the cost re same and forward FTP site instructions to team. |

**URETEK 000168**

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 7

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 06/27/12 | AR Devereux | 4.50 | 1,125.00 | Compile privilege log for redacted documents; review and compile documents for production; upload documents for possible production. |
| 06/27/12 | HT Luong | 2.50 | 875.00 | Forward the expert report to Dr. Christopher, correspond with Dr. Christopher regarding same; attend to discovery issues; prepare documents for C. Walker for depositions. |
| 06/27/12 | CB Walker | 14.00 | 9,030.00 | Prepare for and take deposition of AP president B. Simmons; prepare for deposition of foam manager S. Kammerer. |
| 06/27/12 | LC Willingham | .50 | 77.50 | Prepare discovery for insertion into litigation review repository database; exchange email with A. Devereux regarding loaded discovery. |
| 06/28/12 | S M Birader | .25 | 40.00 | Meeting with H. Luong re compilation of pertinent confidential client documents that is non-confidential for review and analysis. |
| 06/28/12 | AR Devereux | 6.00 | 1,500.00 | Edit privilege log re redactions; upload documents for production; review and compile documents for production; remove redaction from documents. |
| 06/28/12 | JC Lewis | 3.00 | 825.00 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images.(custodians: Uretek Opp. Counsel prod load, Uretek client docs to be loaded) |
| 06/28/12 | HT Luong | 3.00 | 1,050.00 | Attend to discovery matters, including revise the privilege log for redacted documents, produce additional documents, attend to emails re discovery from opposing counsel. |
| 06/28/12 | CB Walker | 14.00 | 9,030.00 | Prepare for and take deposition of AP foam manager S. Kermerrer; meet with Uretek Mid Atlantic ICR representatives D. and J. DeSpain re case facts. |
| 06/28/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding production. |
| 06/29/12 | AR Devereux | 1.50 | 375.00 | Review and compile documents for expert; revise electronic database files and prepare documentation for inclusion in database; prepare and forward production to opposing counsel. |
| 06/29/12 | CB Walker | 12.00 | 7,740.00 | Prepare for and take deposition of AP supervisor S. Chappell; return travel, including prepare summary of depositions. |
| 06/29/12 | LC Willingham | .50 | 77.50 | Prepare hard copy documents for insertion into litigation review database; exchange email with A. Devereux regarding document loading; prepare documents for upcoming production. |

TOTAL CHARGEABLE HOURS .................................................................................................281.50

FEES ..............................................................................................................................$116,320.00

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101 | | Copy | 27.10 |
| E101S | | Copy | 302.85 |
| E107S | | Delivery services/messengers | 476.97 |
| F256S | | Equitrac Color Copies | 15.00 |
| F268S | | Pacer | 26.90 |
| E105 | 06/05/12 | Telephone - Charles B. Walker - 5-24-12 Internet. Bank ID: 008 Check Number: 212154 | 12.95 |
| E110 | 06/05/12 | Out-of-town travel - Charles B. Walker - 5-24-12 Airfare - travel to Richmond, VA for Markman hearing; 060112. Bank ID: 008 Check Number: 212154 | 1,334.10 |
| E110 | 06/05/12 | Out-of-town travel - Charles B. Walker - 5-24-12 cab $28; 5-25-12 parking at airport $24. Bank ID: 008 Check Number: 212154 | 52.00 |
| E110 | 06/05/12 | Out-of-town travel - Charles B. Walker - 5-24-12 Marriott - room. Bank ID: 008 Check Number: 212154 | 271.15 |
| E111 | 06/05/12 | Meals - Charles B. Walker - 5-24-12 TMiller's Sports Bar - dinner - $17.37; 5-25-12 DNC Travel $8.93. Bank ID: 008 Check Number: 212154 | 26.30 |
| E118 | 06/22/12 | Practice Support Vendors - Kiersted Systems, LP - Process data: output, images (1.094 GB); data reduction, de-nist/de-dupe (0.166 GB). Bank ID: 008 Check Number: 212541 | 794.36 |
| F272S | 06/30/12 | PDF to TIFF format conversion for Production | 4.44 |

3,344.12

TOTAL FEES AND EXPENSES & SERVICES.................................................................$119,664.12

TOTAL INVOICE AMOUNT DUE ..............................................................................$119,664.12

URETEK 000170

Uretek USA, Inc.
Invoice Number: 11301569
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

* * * * ·

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 3.75 | $825.00 | 3,093.75 |
| Charles B. Walker | Partner | 94.75 | $645.00 | 61,113.75 |
| Keith Matthew Angle | Sr Counsel | 1.00 | $405.00 | 405.00 |
| Huyen Thanh Luong | Associate | 76.00 | $350.00 | 26,600.00 |
| Selina Penelope Coleman | Associate | 0.50 | $340.00 | 170.00 |
| Joseph Charles Lewis | Prac Support | 13.00 | $275.00 | 3,575.00 |
| Annette R. Devereux | Sr Paralegal | 73.25 | $250.00 | 18,312.50 |
| Sharmin M. Birader | Project Ast | 13.25 | $160.00 | 2,120.00 |
| Lucy Catherine Willingham | Prac Support | 6.00 | $155.00 | 930.00 |
| TOTAL | | 281.50 | | 116,320.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 176.00 | $519.22 | 91,382.50 |
| Paralegal Personnel | 105.50 | $236.37 | 24,937.50 |
| TOTAL | 281.50 | | 116,320.00 |

** Average Hourly Rate for all Personnel

URETEK 000171

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 9, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES................................................................................................$116,320.00

TOTAL EXPENSES & SERVICES .............................................................3,344.12

TOTAL FEES AND EXPENSES & SERVICES........................................$119,664.12

**TOTAL INVOICE AMOUNT** DUE ...........................................................$119,664.12 **

*PREVIOUS BALANCE:*

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |

$187,261.59

*TOTAL AMOUNT DUE* ................................................................................$306,925.71

95694356.2

**URETEK 000172**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/02/12 | AR Devereux | 3.50 | 875.00 | Revise electronic database files and prepare documentation for inclusion in database; review and compile documents for production. |
| 07/02/12 | JC Lewis | 4.00 | 1,100.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Production 14b -- 2012.06.22 -- Redaction Reproduction, Uretek Production 14a 07.02.2012) |
| 07/02/12 | HT Luong | 5.00 | 1,750.00 | Participate in teleconference with O. Lahtinen. L. Goldman, and C. Walker for preparation of the deposition; discuss trial strategies with C. Walker; attend to discovery issues; participate in call with C. Walker and B. Barron regarding preparation for deposition. |
| 07/02/12 | CB Walker | 3.75 | 2,418.75 | Prepare for and teleconference with O. Lahtenen re preparation for 30b6 corporate of Benefil; review documents for supplemental production for Uretek corporate deposition; confer re technical report of Dr. Christopher re infringement. |
| 07/03/12 | S M Birader | 1.75 | 280.00 | Review and compile invalidity contentions, response to invalidity contentions, assignment record, reexamination re office action and response to office action, notice of deposition of Benefil for H. Luong and C. Walker review and analysis. |
| 07/03/12 | AR Devereux | 5.00 | 1,250.00 | Revise electronic database files and prepare documentation for inclusion in database; review and compile documents for expert production. |
| 07/03/12 | JC Lewis | 2.00 | 550.00 | Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel.(custodians:Uretek Production 15 07.03.2012) |

95694371.3

**URETEK 000173**

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/03/12 | HT Luong | 4.50 | 1,575.00 | Attend to discovery issues, participate in preparation of B. Barron; correspond with the expert regarding the report; conduct research regarding expert reports; correspond with C. Walker regarding same; prepare the supplemental discovery requests. |
| 07/03/12 | CB Walker | 6.25 | 4,031.25 | Outline expert report of B. Barron on damages; prepare for and meet with B. Barron re preparation for 30b6 corporate deposition and expert report; prepare supplemental discovery requests. |
| 07/04/12 | HT Luong | 2.50 | 875.00 | Revise the expert report to incorporate comments from the expert; finalize same for review by C. Walker. |
| 07/05/12 | S M Birader | 4.50 | 720.00 | Review, organize and compile Benefil client documents from drop box; conference with L. Willingham re processing the same and adding to litigation database system; review and analyze plaintiff's discovery responses for attorney review and analysis; review, organize and compile exhibits to Dr. Christopher's expert report |
| 07/05/12 | HT Luong | 8.50 | 2,975.00 | Continue to prepare the expert report on infringement, including gathering of exhibits and finalizing it; participate in teleconference with O. Lahtinen in preparation of his deposition. |
| 07/05/12 | CB Walker | 2.25 | 1,451.25 | Prepare expert report of B. Baron on damages, including review of cost estimates for I-664 job and teleconference with E. Boch re the same. |
| 07/06/12 | S M Birader | 5.75 | 920.00 | Review, organize and compile exhibits to Dr. Christopher's expert report; request for FTP site to serve production documents and expert reports. |
| 07/06/12 | SS Coleman | .50 | 170.00 | Research and follow up on questions related to filing expert reports under seal for H. Luong. |
| 07/06/12 | AR Devereux | 6.00 | 1,500.00 | Revise electronic database files and prepare documentation for inclusion in database; prepare notice letter to file with court re expert reports; review and compile courtesy copy to Judge; review and compile documents for expert production; review expert reports; produce expert reports to opposing counsel. |
| 07/06/12 | HT Luong | 7.50 | 2,625.00 | Revise the expert report to incorporate comments from C. Walker; coordinate with the expert and process server for filing of expert reports. |
| 07/06/12 | CB Walker | 5.75 | 3,708.75 | Review revised technical expert report of Dr. Christopher; prepare expert report of B. Barron re damages, including teleconferences with him re the same; prepare for corporate depositions of parties. |
| 07/08/12 | CB Walker | 4.50 | 2,902.50 | Travel to Richmond, VA for depositions, including outline issues for preparation of witnesses; meet with B. Barron re deposition preparation. |
| 07/09/12 | S M Birader | .50 | 80.00 | Review and compile certificate for service for notice of filing of expert report; draft correspondence re FTP site. |

**URETEK 000174**

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/09/12 | L L Clay | 3.00 | 825.00 | Load electronic documents and associated metadata into database for attorney review and production; perform quality control procedures to verify integrity of metadata and electronic documents (Volume: UTK008, 4 docs, 20 pages)(.5); Prepare documents for attorney review and production through conversion to requested image format (13 docs, 13 pages)(.75); Prepare production of selected documents with Bates numbers, confidentiality endorsements and redactions, and verify image integrity for production to opposing counsel (Production 17, 21 docs, 45 pages)(1.75). |
| 07/09/12 | AR Devereux | 3.50 | 875.00 | Review and compile document for production; review native documents to be produced; revise electronic database files and prepare documentation for inclusion in database; correspond with opposing counsel re Notice of Filing Expert Reports under Seal. |
| 07/09/12 | HT Luong | 2.00 | 700.00 | Attend to deposition of B. Barron, including gathering required documents for C. Walker; correspond with C. Walker regarding same; correspond with M. Vinton and E. Bock for additional information. |
| 07/09/12 | CB Walker | 9.75 | 6,288.75 | Prepare for and defend deposition of B. Barron; meet with O. Lahtinen re deposition preparation. |
| 07/10/12 | S M Birader | 1.75 | 280.00 | Review and compile client documents re royalty summaries for review and analysis; research and compile non-redacted version of license agreement for attorney review and analysis. |
| 07/10/12 | AR Devereux | 4.50 | 1,125.00 | Revise electronic database files and prepare documentation for inclusion in database; review and compile royalty statements; research due dates of expert reports on Judge's dockets. |
| 07/10/12 | HT Luong | 2.00 | 700.00 | Begin to prepare objections to Applied's second document request; attend to deposition preparation of O. Lahtinen; coordinate with M. Vinton for gathering of royalty statements; attend to document production; review docket report of J. Spencer's other patent case to determine timing of expert reports. |
| 07/10/12 | CB Walker | 8.25 | 5,321.25 | Meet with O Lahtinen re deposition preparation; review expert reports. |
| 07/10/12 | LC Willingham | .50 | 77.50 | Prepare documents for production; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding production. |
| 07/11/12 | L L Clay | 1.25 | 343.75 | Prepare documents for attorney review and production through conversion to requested image format (46 docs, 115 pages). |
| 07/11/12 | AR Devereux | 2.00 | 500.00 | Review and compile documents for production; serve Response to Second Request for production on opposing counsel. |
| 07/11/12 | CB Walker | 12.50 | 8,062.50 | Prepare for and present O. Lahtinen for deposition; return travel, including outline issues for responsive expert reports and supplement discovery answers. |
| 07/11/12 | LC Willingham | .50 | 77.50 | Prepare client documents for insertion into litigation review database; exchange email with legal team; perform quality control of loaded documents. |

**URETEK 000175**

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/12/12 | S M Birader | 4.75 | 760.00 | Review defendant's response to interrogatories and compile spreadsheet pertaining to customer/job information; review documents pertaining to job information re pertinent information for spreadsheet; Review and analyze plaintiff's response to second request for production |
| 07/12/12 | AR Devereux | 1.00 | 250.00 | Revise electronic database files and prepare documentation for inclusion in database. |
| 07/12/12 | HT Luong | 5.25 | 1,837.50 | Debrief with C. Walker about B. Barron's and O. Lahtinen's depositions; discuss trial strategies; coordinate with A. Devereux and S. Birader to prepare trial exhibits; begin to prepare for the mediation. |
| 07/12/12 | CB Walker | 3.75 | 2,418.75 | Outline issues for mediation; finalize summary of issues from corporate depositions of Uretek and Benefil; review rough draft of deposition of B. Barron; teleconference with D. Crowley re N-DOT I-81 infringement evidence. |
| 07/12/12 | LC Willingham | .50 | 77.50 | Prepare discovery for insertion into litigation review repository database; exchange email with A. Devereux regarding loaded discovery. |
| 07/13/12 | S M Birader | 5.00 | 800.00 | Compile spreadsheet pertaining to customer/job information from defendant's responses to interrogatories; review documents pertaining to job information re pertinent information for spreadsheet. |
| 07/13/12 | L L Clay | 1.25 | 343.75 | Load documents into database for attorney review and production; perform quality control procedures to verify integrity of coding and images (Volume: July 06, 54 docs, 200 pages). |
| 07/13/12 | AR Devereux | 2.00 | 500.00 | Revise electronic database files and prepare documentation for inclusion in database; review and forward material to opposing counsel re Barron's Damage report; correspond with opposing counsel re downloading of expert reports and productions. |
| 07/13/12 | DM Foster | .50 | 412.50 | Telephone conferences with mediator; telephone conferences and correspondence with firm attorneys; review of correspondence and filings. |
| 07/13/12 | HT Luong | 5.00 | 1,750.00 | Prepare for mediation, including review and compile infringement evidence, begin to prepare presentation, compile and calculate damages, including pounds pumped, discuss same with C. Walker. |
| 07/13/12 | CB Walker | 6.50 | 4,192.50 | Prepare mediation memo, including revise damage theory; respond to opposing counsel re supplemental production; review discovery requests from opposing counsel; correspond with opposing counsel re lateness of their requests; review mediation presentation. |
| 07/13/12 | LC Willingham | 1.00 | 155.00 | Prepare documents for production to opposing counsel; review documents for discrepancies in preparation for production; exchange email with A. Devereux regarding discrepancy documents; prepare client documents for insertion into litigation review database; exchange email with legal team; perform quality control of loaded documents. |

**URETEK 000176**

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/13/12 | LC Willingham | .35 | 54.25 | Prepare Applied Production for load into litigation support database; exchange email with legal team regarding document load. |
| 07/14/12 | CB Walker | 4.25 | 2,741.25 | Prepare mediation memo, including damage model for presentation at mediation; correspond with clients re mediation demand and expectations; review outstanding discovery and case to prepare budget for mediation discussions. |
| 07/15/12 | HT Luong | 9.00 | 3,150.00 | Prepare for mediation, including prepare presentation for mediation, points to discuss in mediation, travel to Richmond, VA for mediation, review Applied's counterclaim, conduct research regarding recovery of damages by Applied and by Uretek, meet with B. Barron, O. Lahtinen, and P. Kemppinen to discuss strategies for mediation. |
| 07/15/12 | CB Walker | 4.25 | 2,741.25 | Outline summary judgment motions; prepare response to opposing counsel re need for additional corporate deposition time; prepare response re supplemental production. |
| 07/15/12 | CB Walker | 2.75 | 1,773.75 | Prepare for oral argument, including outline issues for oral argument, outline tasks for preparation, and review court memorandum order. |
| 07/16/12 | AR Devereux | .50 | 125.00 | Revise electronic database files and prepare documentation for inclusion in database |
| 07/16/12 | DM Foster | 1.50 | 1,237.50 | Telephone conferences and correspondence with Charles Walker; review of filings, correspondence and related orders. |
| 07/16/12 | HT Luong | 12.00 | 4,200.00 | Prepare for and participate in mediation; return travel, including debriefing with C. Walker. |
| 07/16/12 | CB Walker | 1.50 | 967.50 | Teleconference with mediation team re settlement; review supplemental production from Applied. |
| 07/23/12 | DM Foster | .25 | 206.25 | Review of correspondence and draft filings. |
| 07/24/12 | S M Birader | 1.00 | 160.00 | Review, compile and analyze case pertinent pleadings and discovery for attorney review and analysis. |
| 07/24/12 | DM Foster | .25 | 206.25 | Correspondence with defense counsel and firm attorneys. |
| 07/26/12 | HT Luong | 2.50 | 875.00 | Attend to settlement agreement, including review the document, prepare proposed changes, discuss same with C. Walker; discuss same with B. Barron; review comments from L. Goldman; revise agreement accordingly. |
| 07/26/12 | CB Walker | 1.25 | 806.25 | Review and revise proposed settlement agreement; confer with H. Luong re the same and subsequent proposed changes to the same. |
| 07/27/12 | HT Luong | .50 | 175.00 | Discuss the status of the settlement negotiations with B. Scott, counsel of Applied; provide update to C. Walker regarding same. |
| 07/31/12 | AR Devereux | .50 | 125.00 | Revise electronic database files and prepare documentation for inclusion in database |
| 07/31/12 | HT Luong | 1.50 | 525.00 | Discuss timing issue with mediator, Judge Dohnal; coordinate with B. Scott, counsel for Applied, to address same; review the revised settlement agreement; discuss same with B. Scott. |

TOTAL CHARGEABLE HOURS ...........................................................................................215.85

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012
Page 6

FEES ..........................................................................................................................................................$90,500.50

EXPENSES & SERVICES:

| | | | |
|------|----------|------|------|
| E101 | | Copy | 14.43 |
| E101S | | Copy | 27.45 |
| E105S | | Telephone | 0.90 |
| E107S | | Delivery services/messengers | 21.08 |
| F256S | | Equitrac Color Copies | 4.00 |
| E110 | 07/06/12 | Out-of-town travel - Charles B. Walker - 6-26-12 Travel to Winston Salem for depos of Jonathan Simmons, Scott Kammerer, Sonny Chappell - US Airways - Houston to Greensboro $325.60; 070312. Bank ID: 008 Check Number: 213951 | 325.60 |
| E110 | 07/06/12 | Out-of-town travel - Charles B. Walker - 6-26-12 Travel to Winston Salem for depos of Jonathan Simmons, Scott Kammerer, Sonny Chappell - 6-29-12 Delta Greensboro to Houston $1,097.60; 070312. Bank ID: 008 Check Number: 213951 | 1,097.60 |
| E110 | 07/06/12 | Out-of-town travel - Charles B. Walker - 6-26-12 Holiday Inn Express. Bank ID: 008 Check Number: 213951 | 379.93 |
| E110 | 07/06/12 | Out-of-town travel - Charles B. Walker - 6-26-12 Car to airport $69.55, 6-26-12 airport to hotel $63.00. Bank ID: 008 Check Number: 213951 | 132.55 |
| E111 | 07/06/12 | Meals - Charles B. Walker - 6-26-12 Breakfast at airport $16.84; Water at airport $3.39; 6-27-12 Starbucks $9.55; Panera $10.76; 6-28-12 Starbucks $9.55; 6-29-12 Starbucks $9.34. Bank ID: 008 Check Number: 213951 | 59.43 |
| E123 | 07/09/12 | Other professionals - Huyen Luong - Translation Inv. No. 16483; 070612. Bank ID: 008 Check Number: 213779 | 45.00 |
| E123 | 07/11/12 | Other professionals - Commonweatlh Express Delivery for court filing/07092012 Bank ID: 008 Check Number: 213328 | 169.20 |
| E110 | 07/19/12 | Airfare-Domestic - Huyen Thanh Luong - 07/16/2012 to 07/17/2012 to Charlotte (CLT) - fly to Richmond VA to mediation - Tkt # 148423017746 Bank ID: 008 Check Number: 215027 | 812.70 |
| E110 | 07/19/12 | Travel-Meals - 07/15/2012 - Huyen Thanh Luong Bank ID: 008 Check Number: 215027 | 22.34 |
| E110 | 07/19/12 | Travel-Meals - 07/16/2012 - Huyen Thanh Luong Bank ID: 008 Check Number: 215027 | 9.98 |
| E110 | 07/19/12 | Travel-Taxi - 07/15/2012 - Huyen Thanh Luong - to airport to hotel - Taxi Bank ID: 008 Check Number: 215027 | 32.00 |
| E110 | 07/19/12 | Travel-Parking - 07/15/2012 - Parking from 7/15/12 to 7/17/12 Bank ID: 008 Check Number: 215027 | 32.00 |

URETEK 000178

| E110 | 07/19/12 | Travel-Internet Fee - 07/15/2012 – Huyen Thanh Luong - Bank ID: 008 Check Number: 215027 | 12.95 |
|------|----------|---|---|
| E110 | 07/19/12 | Travel-Room Rate - 07/15/2012 – Huyen Thanh Luong - Bank ID: 008 Check Number: 215027 | 180.75 |
| E111 | 07/19/12 | Meals - Alonti Cafe & Catering - Alonti Invoice 532195 dated 7/3/12 for a working lunch with Brent Barron for depo prep. Bank ID: 008 Check Number: 214224 | 28.45 |
| E115 | 07/23/12 | Depositions/Transcripts - Legalink Houston - Videotaping services for the deposition of Sonny Chappell Bank ID: 008 Check Number: 214263 | 897.00 |
| E115 | 07/23/12 | Depositions/Transcripts - Legalink Houston - Videotaping services for the deposition of Scott Kammerer Bank ID: 008 Check Number: 214263 | 1,847.00 |
| E115 | 07/23/12 | Depositions/Transcripts - Legalink Houston - Videotaping services for the deposition of Jonathan Simmons Bank ID: 008 Check Number: 214263 | 1,577.00 |
| E110 | 07/24/12 | Airfare-Domestic – Charles B. Walker - 07/08/2012 to 07/11/2012 to Richmond, VA - Airfare for travel to Richmond, VA for depositions of Uretek and Benefil. - Tkt # AM1Q18 Bank ID: 008 Check Number: 215238 | 1,579.10 |
| E110 | 07/24/12 | Travel-Internet Fee - 07/08/2012 – Charles B. Walker - Bank ID: 008 Check Number: 215238 | 12.95 |
| E110 | 07/24/12 | Travel-Internet Fee - 07/09/2012 – Charles B. Walker - Bank ID: 008 Check Number: 215238 | 12.95 |
| E110 | 07/24/12 | Travel-Meals - 07/08/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 16.37 |
| E110 | 07/24/12 | Travel-Meals - 07/09/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 44.01 |
| E110 | 07/24/12 | Travel-Meals - 07/10/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 47.24 |
| E110 | 07/24/12 | Travel-Meals - 07/11/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 33.75 |
| E110 | 07/24/12 | Travel-Room Rate - 07/08/2012 – Charles B. Walker - Bank ID: 008 Check Number: 215238 | 180.75 |
| E110 | 07/24/12 | Travel-Room Rate - 07/09/2012 – Charles B. Walker - Bank ID: 008 Check Number: 215238 | 225.95 |
| E110 | 07/24/12 | Travel-Room Rate - 07/10/2012 – Charles B. Walker - Bank ID: 008 Check Number: 215238 | 225.95 |
| E110 | 07/24/12 | Travel-Taxi - 07/11/2012 – Charles B. Walker - to Travel to airport - Taxi for travel to Richmond, VA for depositions of Uretek and Benefil. Bank ID: 008 Check Number: 215238 | 36.50 |
| E110 | 07/24/12 | Travel-Meals - 07/08/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 5.84 |
| E110 | 07/24/12 | Travel-Meals - 07/09/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 35.03 |
| E110 | 07/24/12 | Travel-Meals - 07/10/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 35.80 |
| E110 | 07/24/12 | Travel-Meals - 07/11/2012 – Charles B. Walker Bank ID: 008 Check Number: 215238 | 2.83 |
| E115 | 07/31/12 | Depositions/Transcripts - Legalink Houston - Original and 1 copy of transcript and word index of Claude Ray Chappell Bank ID: 008 Check Number: 215296 | 791.65 |

**URETEK 000179**

| E115 | 07/31/12 | Depositions/Transcripts - Legalink Houston - Original and 1 copy of transcript and word index of Jonathan Simmons Bank ID: 008 Check Number: 215296 | 1,439.25 | |
| E115 | 07/31/12 | Depositions/Transcripts - Legalink Houston - Original and 1 copy of transcript and word index of Scott Kammerer Bank ID: 008 Check Number: 215296 | 1,709.85 | |
| F272S | 07/31/12 | PDF to TIFF format conversion for Production | 2.62 | |
| | | | | 14,167.73 |

TOTAL FEES AND EXPENSES & SERVICES.................................................................$104,668.23

**TOTAL INVOICE AMOUNT DUE** ...........................................................................$104,668.23

**URETEK 000180**

Uretek USA, Inc.
Invoice Number: 11301581
Matter Number: 11108360
Invoice Date: August 10, 2012
Invoice Due Date: September 9, 2012

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 2.50 | $825.00 | 2,062.50 |
| Charles B. Walker | Partner | 77.25 | $645.00 | 49,826.25 |
| Huyen Thanh Luong | Associate | 67.75 | $350.00 | 23,712.50 |
| Selina Penelope Coleman | Associate | 0.50 | $340.00 | 170.00 |
| Joseph Charles Lewis | Prac Support | 6.00 | $275.00 | 1,650.00 |
| Leslie L. Clay | Prac Support | 5.50 | $275.00 | 1,512.50 |
| Annette R. Devereux | Sr Paralegal | 28.50 | $250.00 | 7,125.00 |
| Sharmin M. Birader | Project Ast | 25.00 | $160.00 | 4,000.00 |
| Lucy Catherine Willingham | Prac Support | 2.85 | $155.00 | 441.75 |
| TOTAL | | 215.85 | | 90,500.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 148.00 | $511.97 | 75,771.25 |
| Paralegal Personnel | 67.85 | $217.09 | 14,729.25 |
| TOTAL | 215.85 | | 90,500.50 |

** Average Hourly Rate for all Personnel

URETEK 000181

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 9, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES............................................................................................................$90,500.50

TOTAL EXPENSES & SERVICES .............................................................................14,167.73

TOTAL FEES AND EXPENSES & SERVICES........................................................$104,668.23

TOTAL INVOICE AMOUNT DUE .........................................................................$104,668.23 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |

$306,925.71

TOTAL AMOUNT DUE ........................................................................................$411,593.94

95694371.3

**URETEK 000182**

# IMPORTANT NOTICE:

## CHANGE IN REMITTANCE ADDRESS

Effective September 1, 2012, Fulbright & Jaworski L.L.P. will have implemented a new payment processing system to enhance the security and operation of our payment processing system. **Please assist us by sending future payments to the Fulbright remittance address identified below.** All other correspondence should be directed to our regular mailing address (as found on the attached invoice and as listed below).

If you have any questions, please contact our Fulbright Revenue and Accounting Center at 713-651-5252 or via email to FRAChouston@fulbright.com. Your cooperation is appreciated.

**New remittance address:**

FULBRIGHT & JAWORSKI L.L.P
P.O. Box 844284
Dallas, Texas 75284-4284

**Wire or ACH instructions:**

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P. |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 09406265; Invoice # 11317209 |

**Our mailing address remains the same:**

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/09/12 | DM Foster | 1.25 | 1,031.25 | Telephone conferences and correspondence with clerk's office and firm attorneys re: expert reports; execution and filing of related notice. |
| 08/01/12 | SM Birader | .25 | 40.00 | Review and compile case pertinent pleadings for attorney review and analysis. |
| 08/02/12 | AR Devereux | 1.00 | 250.00 | Review and update depositions files; review and close out production files. |
| 08/02/12 | HT Luong | .50 | 175.00 | Attend to settlement, including call with Applied's counsel. |
| 08/14/12 | DM Foster | .25 | 206.25 | Telephone conference with Judge Dohnal's office; correspondence and conferences with firm attorneys. |
| 08/16/12 | HT Luong | 1.50 | 525.00 | Prepare for and participate in teleconference with Applied's counsel, J. Patton and B. Scott, and the mediator, J. Dohnal; coordinate with Applied's counsel to finalize the documents. |
| 08/16/12 | CB Walker | .25 | 161.25 | Review status of settlement negotiations and dispute; confer with H. Luong re strategy for follow up mediation to resolve disputes. |
| 08/20/12 | HT Luong | .50 | 175.00 | Revise the Settlement agreement and correspond with Applied's counsel regarding same. |
| 08/21/12 | CB Walker | .25 | 161.25 | Analyze reservation of rights as to infringement as part of dispute over mediated settlement; confer with H. Luong re response to opposing counsel. |
| 08/22/12 | HT Luong | .50 | 175.00 | Discuss the proposed changes in the settlement agreement with C. Walker; correspond with Applied's counsel regarding same. |
| 08/22/12 | CB Walker | .25 | 161.25 | Review revisions to settlement agreement and confer with |

URETEK 000184

Uretek USA, Inc.
Invoice Number: 11317210
Matter Number: 11108360
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| | | | | H. Luong re response to the same. |
| 08/23/12 | HT Luong | .75 | 262.50 | Coordinate to finalize the settlement agreement; forward same to Uretek and Benefil with explanation for signatures. |
| 08/23/12 | CB Walker | .25 | 161.25 | REview correspondence with opposing counsel re negotiations over settlement language; review revised settlement; confer with H. Luong re response to the same review final agreement. |
| 08/24/12 | SP Coleman | 1.75 | 595.00 | Coordinate with H. Luong about final filings for case; review local rules; review documents for filing; finalize and file documents. |
| 08/24/12 | AR Devereux | 1.00 | 250.00 | Prepare Motion for Entry of Final Judgment. |
| 08/24/12 | DM Foster | .25 | 206.25 | Correspondence with firm attorneys; review of draft joint motion for judgment. |
| 08/24/12 | HT Luong | .75 | 262.50 | Coordinate and finalize exchange of signatures of the settlement agreement and filing of consent judgment. |
| 08/31/12 | AR Devereux | 1.00 | 250.00 | Review and compile documents for destruction per Court Order. |
| 09/14/12 | SM Birader | .25 | 40.00 | Review and compile case pertinent pleadings re joint motion for entry of final judgment, final judgment and report on the filing and determination of a action for attorney review and analysis re case status. |

TOTAL CHARGEABLE HOURS ................................................................................................12.50

FEES ..............................................................................................................................$5,088.75

EXPENSES & SERVICES:

| | | | |
|------|------|------|------|
| E101 | | Copy | 279.92 |
| E101S | | Copy | 9.45 |
| E107S | | Delivery services/messengers | 21.75 |
| F268S | | Pacer | 17.40 |
| E115 | 08/01/12 | Depositions/Transcripts - CaseWorks Document Imaging Inc. - 1 certified copy of transcript of Brent Barron e-transcript and rough draft Bank ID: 008 Check Number: 215287 | 1,043.75 |
| E115 | 08/01/12 | Depositions/Transcripts - CaseWorks Document Imaging Inc. - 1 certified copy of transcript of Otso Lahtinen e-transcript Bank ID: 008 Check Number: 215287 | 729.00 |
| E123 | 08/02/12 | Other Professionals - The McCammon Group - Pre-mediation conference call, review of submissions, mediation services July 16, 2012; further review of defense submission, parking, Verizon conferencing charges Bank ID: 008 Check Number: 215303 | 2,523.00 |
| E118 | 08/29/12 | Practice Support Vendors - Kiersted Systems, LP - Data reduction, de-nist/de-dupe (0.007 GB); output, images (0.403 GB). Bank ID: 045 Check Number: | 284.68 |

**URETEK 000185**

61539                                                                                                    4,908.95

TOTAL FEES AND EXPENSES & SERVICES................................................................................$9,997.70


TOTAL INVOICE AMOUNT DUE.............................................................................................$9,997.70

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |

$411,593.94

TOTAL AMOUNT DUE..................................................................................................................$421,591.64

URETEK 000186

Uretek USA, Inc.
Invoice Number: 11317210
Matter Number: 11108360
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

---

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| David M. Foster | Partner | 1.75 | $825.00 | 1,443.75 |
| Charles B. Walker | Partner | 1.00 | $645.00 | 645.00 |
| Huyen Thanh Luong | Associate | 4.50 | $350.00 | 1,575.00 |
| Selina Penelope Coleman | Associate | 1.75 | $340.00 | 595.00 |
| Annette R. Devereux | Sr Paralegal | 3.00 | $250.00 | 750.00 |
| Sharmin M. Birader | Project Ast | 0.50 | $160.00 | 80.00 |
| TOTAL | | 12.50 | | 5,088.75 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 9.00 | $473.19 | 4,258.75 |
| Paralegal Personnel | 3.50 | $237.14 | 830.00 |
| TOTAL | 12.50 | | 5,088.75 |

\*\* Average Hourly Rate for all Personnel

**URETEK 000187**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 844284**
**Dallas, Texas 75284-4284**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY NOVEMBER 11, 2012

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES.................................................................................................................................$5,088.75

TOTAL EXPENSES & SERVICES.........................................................................................................4,908.95

TOTAL FEES AND EXPENSES & SERVICES....................................................................................$9,997.70

TOTAL INVOICE AMOUNT DUE.................................................................................................$9,997.70 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |

$411,593.94

**URETEK 000188**

Uretek USA, Inc.
Invoice Number: 11317210
Matter Number: 11108360
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

TOTAL AMOUNT DUE.................................................................................................................$421,591.64

**URETEK 000189**

Uretek USA, Inc.
Invoice Number: 11317210
Matter Number: 11108360
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

---

## PLEASE MAKE WIRE TRANSFER OR ACH PAYMENTS TO:

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 11108360;  Invoice # 11317210 |

**URETEK 000190**

# IMPORTANT NOTICE:

# CHANGE IN REMITTANCE ADDRESS

Effective September 1, 2012, Fulbright & Jaworski L.L.P. will have implemented a new payment processing system to enhance the security and operation of our payment processing system. **Please assist us by sending future payments to the Fulbright remittance address identified below.** All other correspondence should be directed to our regular mailing address (as found on the attached invoice and as listed below).

If you have any questions, please contact our Fulbright Revenue and Accounting Center at 713-651-5252 or via email to FRAChouston@fulbright.com. Your cooperation is appreciated.

**New remittance address:**

FULBRIGHT & JAWORSKI L.L.P
P.O. Box 844284
Dallas, Texas 75284-4284

**Wire or ACH instructions:**

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P. |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 11108360; Invoice # 11317210 |

**Our mailing address remains the same:**

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

URETEK 000191

Invoice Number: 11317209
Matter Number: 09406265
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

Re: General; F&J File #09406265

$ 6,198.60

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2012 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 08/01/12 | CB Walker | .25 | 161.25 | Review Eagle Lift public statement and confer with H. Luong re response to the same. |
| 08/07/12 | HT Luong | .75 | 262.50 | Coordinate meeting with K. Arnold of CNA; begin to investigate re same. |
| 08/09/12 | HT Luong | .50 | 175.00 | Review the Zurich policy and other documents in preparation for meeting with CNA. |
| 08/10/12 | HT Luong | 5.00 | 1,750.00 | Prepare for meeting with CNA's representatives, participate in same. |
| 08/10/12 | CB Walker | 3.00 | 1,935.00 | Prepare for and meet with CNA re insurance coverage. |
| 08/22/12 | HT Luong | .50 | 175.00 | Participate in teleconference with C. Walker, D. Crowley, and M. Vinton. |
| 08/30/12 | HT Luong | .50 | 175.00 | Review materials from Wyoming DOT and discuss same with C. Walker. |
| 08/30/12 | CB Walker | .25 | 161.25 | Review Hayward Baker correspondence with WyDOT about DI patent; correspond with M. Vinton re the same; analyze changes to Eagle Lift letter re DI patent. |
| 09/05/12 | HT Luong | .50 | 175.00 | Discuss Eagle Lift's settlement letter with C. Walker; prepare email to M. Vinton regarding same. |
| 09/14/12 | HT Luong | 3.00 | 1,050.00 | Prepare and finalize letter, including comparison chart, regarding Markman Order for M. Vinton; finalize same for review by C. Walker. |
| 09/17/12 | HT Luong | .50 | 175.00 | Discuss the letter regarding the Markman order with C. Walker; prepare letter and forward same to M. Vinton. |
| 09/28/12 | SE Jaffe | .25 | 0.00 | Review '831 patent. |

TOTAL CHARGEABLE HOURS ............................................................................15.00

**URETEK 000192**

Uretek USA, Inc.
Invoice Number: 11317209
Matter Number: 09406265
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012
Page 2

FEES .......................................................................................................................$6,195.00

EXPENSES & SERVICES:

| E101S | Copy | 3.60 | |
|-------|------|------|------|
| | | | 3.60 |

TOTAL FEES AND EXPENSES & SERVICES.................................................$6,198.60

TOTAL INVOICE AMOUNT DUE .................................................................$6,198.60

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/7/11 | 11172948 | $1,487.50 |
| 1/23/12 | 11251180 | $442.50 |
| 2/10/12 | 11254015 | $4,781.74 |
| 3/31/12 | 11268391 | $2,476.72 |
| 4/16/12 | 11272410 | $1,021.49 |
| 5/31/12 | 11283250 | $1,392.50 |
| 8/10/12 | 11301544 | $539.21 |
| 8/10/12 | 11301566 | $497.69 |

$12,639.35

TOTAL AMOUNT DUE......................................................................................$18,837.95

Uretek USA, Inc.
Invoice Number: 11317209
Matter Number: 09406265
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

Re: General; F&J File #09406265

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Charles B. Walker | Partner | 3.50 | $645.00 | 2,257.50 |
| Huyen Thanh Luong | Associate | 11.25 | $350.00 | 3,937.50 |
| Seth Elliott Jaffe | Associate | 0.25 | $0.00 | 0.00 |
| TOTAL | | 15.00 | | 6,195.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 15.00 | $413.00 | 6,195.00 |
| TOTAL | 15.00 | | 6,195.00 |

** Average Hourly Rate for all Personnel

**URETEK 000194**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 844284**
**Dallas, Texas 75284-4284**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY NOVEMBER 11, 2012

Re:  General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2012 as follows:

TOTAL FEES......................................................................................................................$6,195.00

TOTAL EXPENSES & SERVICES.................................................................................................3.60

TOTAL FEES AND EXPENSES & SERVICES..............................................................................$6,198.60

TOTAL INVOICE AMOUNT DUE................................................................................................$6,198.60 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/7/11 | 11172948 | $1,487.50 |
| 1/23/12 | 11251180 | $442.50 |
| 2/10/12 | 11254015 | $4,781.74 |
| 3/31/12 | 11268391 | $2,476.72 |
| 4/16/12 | 11272410 | $1,021.49 |
| 5/31/12 | 11283250 | $1,392.50 |
| 8/10/12 | 11301544 | $539.21 |
| 8/10/12 | 11301566 | $497.69 |

$12,639.35

**URETEK 000195**

Uretek USA, Inc.
Invoice Number: 11317209
Matter Number: 09406265
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

TOTAL AMOUNT DUE............................................................................................................$18,837.95

**URETEK 000196**

Uretek USA, Inc.
Invoice Number: 11317209
Matter Number: 09406265
Invoice Date: October 12, 2012
Invoice Due Date: November 11, 2012

<u>PLEASE MAKE WIRE TRANSFER OR ACH PAYMENTS TO:</u>

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 09406265;  Invoice # 11317209 |

**URETEK 000197**

Invoice Number: 11341852
Matter Number: 11108360
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/27/12 | LL Clay | .75 | 206.25 | Perform data analysis on opposing party production prior to deleting documents, per legal team request (232 documents, 2665 pages). |
| 11/27/12 | AR Devereux | 1.00 | 250.00 | Destruction of Applied Polymeric documents per court order. |
| 11/27/12 | LC Willingham | .25 | 38.75 | Prepare documents for destruction per Protective Order AP's Confidential Information. |

TOTAL CHARGEABLE HOURS ............................................................................................2.00

FEES ............................................................................................................................$495.00

EXPENSES & SERVICES:

| E101S | | Copy | 1.95 |
|-------|---|------|------|
| E127 | 10/16/12 | Patent and Trademark Records - Patents Plus - Request for all Patent/Trademark assignments for patent 6,634,831. Bank ID: 008 Check Number: 219430 | 44.00 |

45.95

TOTAL FEES AND EXPENSES & SERVICES...........................................................$540.95

TOTAL INVOICE AMOUNT DUE.............................................................................$540.95

**URETEK 000198**

Uretek USA, Inc.
Invoice Number: 11341852
Matter Number: 11108360
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |
| 10/12/12 | 11317210 | $9,997.70 |

$421,591.64

TOTAL AMOUNT DUE......................................................................................................$422,132.59

Uretek USA, Inc.
Invoice Number: 11341852
Matter Number: 11108360
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Leslie L. Clay | Prac Support | 0.75 | $275.00 | 206.25 |
| Annette R. Devereux | Sr Paralegal | 1.00 | $250.00 | 250.00 |
| Lucy Catherine Willingham | Paralegal | 0.25 | $155.00 | 38.75 |
| TOTAL | | 2.00 | | 495.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Paralegal Personnel | 2.00 | $247.50 | 495.00 |
| TOTAL | 2.00 | | 495.00 |

** Average Hourly Rate for all Personnel

**URETEK 000200**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 844284**
**Dallas, Texas 75284-4284**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 2, 2013

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2012 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL FEES............................................................................................................$495.00

TOTAL EXPENSES & SERVICES...........................................................................45.95

TOTAL FEES AND EXPENSES & SERVICES.........................................................$540.95

TOTAL INVOICE AMOUNT DUE.............................................................................$540.95 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |
| 10/12/12 | 11317210 | $9,997.70 |

**URETEK 000201**

Uretek USA, Inc.
Invoice Number: 11341852
Matter Number: 11108360
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

$421,591.64

TOTAL AMOUNT DUE...........................................................................................................$422,132.59

URETEK 000202

Uretek USA, Inc.
Invoice Number: 11341852
Matter Number: 11108360
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

<u>PLEASE MAKE WIRE TRANSFER OR ACH PAYMENTS TO:</u>

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 11108360;  Invoice # 11341852 |

**URETEK 000203**

# IMPORTANT NOTICE:

# CHANGE IN REMITTANCE ADDRESS

Effective September 1, 2012, Fulbright & Jaworski L.L.P. will have implemented a new payment processing system to enhance the security and operation of our payment processing system. **Please assist us by sending future payments to the Fulbright remittance address identified below.** All other correspondence should be directed to our regular mailing address (as found on the attached invoice and as listed below).

If you have any questions, please contact our Fulbright Revenue and Accounting Center at 713-651-5252 or via email to FRAChouston@fulbright.com. Your cooperation is appreciated.

**New remittance address:**

FULBRIGHT & JAWORSKI L.L.P
P.O. Box 844284
Dallas, Texas 75284-4284

**Wire or ACH instructions:**

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P. |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 11108360; Invoice # 11341852 |

**Our mailing address remains the same:**

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

**URETEK 000204**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2012 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/19/12 | CB Walker | 3.25 | 2,096.25 | Prepare for and attend meeting with ICR reps re Deep Injection patent. |
| 08/22/12 | CB Walker | .50 | 322.50 | Prepare for and teleconference with M. Vinton and D. Crowley re statements that can be made to VDOT about AP and patent. |
| 10/01/12 | SE Jaffe | 2.00 | 0.00 | Read and review Uretek licenses. Legal research on third party infringement. |
| 10/01/12 | SE Jaffe | .75 | 0.00 | Read and review Canteri patent. |
| 10/02/12 | SE Jaffe | 3.00 | 0.00 | Prepare joint litigation agreement. |
| 10/02/12 | SE Jaffe | 3.75 | 937.50 | Complete outline of joint litigation agreement. Review outline with partner. Begin draft of joint litigation agreement. |
| 10/03/12 | SE Jaffe | 2.00 | 500.00 | Complete draft of joint litigation agreement. |
| 10/05/12 | CB Walker | 2.75 | 1,773.75 | Prepare for and teleconference with Uretek USA, Uretek Holdings, and Benefil regarding infringement suit against Hayward Baker, including review of prior collected evidence. |
| 10/16/12 | SE Jaffe | .10 | 25.00 | Uretek v. LRE Ground Services: Read and review email from Bob Moody. Start file. |
| 10/17/12 | SE Jaffe | .25 | 62.50 | Email correspondence with J. Burcaw re agreements between StarLift and Uretek. |
| 10/17/12 | CB Walker | 1.00 | 645.00 | Teleconference with Uretek USA and Uretek Holdings re fee sharing and case strategy for Hayward Baker; analyze venue selection. |
| 10/18/12 | SE Jaffe | .50 | 125.00 | Meet with C. Walker re LRE's scheduled job in Florida, and re R. Mathis evidence; email correspondence with R. Mathis. |

**URETEK 000205**

Uretek USA, Inc.
Invoice Number: 11341847
Matter Number: 09406265
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 11/05/12 | CB Walker | .50 | 322.50 | Teleconference with B. Moody re LRE infringement claims and strategy for negotiating business resolution. |
| 11/06/12 | SE Jaffe | .25 | 62.50 | Correspondence with J. Burcaw re Uretek agreements; retrieved agreements; saved in file. |
| 11/08/12 | SE Jaffe | .50 | 125.00 | Review agreements sent by J. Burcaw. |
| 12/11/12 | CB Walker | .25 | 161.25 | Review and forward agreement from Benefil with the relevant Uretek entities re sharing of fees. |

TOTAL CHARGEABLE HOURS ...........................................................................................................21.35

FEES .................................................................................................................................................$7,158.75

EXPENSES & SERVICES:

| E101S | Copy | 5.10 |
|-------|------|------|
| | | 5.10 |

TOTAL FEES AND EXPENSES & SERVICES.......................................................................$7,163.85

TOTAL INVOICE AMOUNT DUE...........................................................................................$7,163.85

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/7/11 | 11172948 | $1,487.50 |
| 1/23/12 | 11251180 | $442.50 |
| 2/10/12 | 11254015 | $4,781.74 |
| 3/31/12 | 11268391 | $2,476.72 |
| 4/16/12 | 11272410 | $1,021.49 |
| 5/31/12 | 11283250 | $1,392.50 |
| 8/10/12 | 11301544 | $539.21 |
| 8/10/12 | 11301566 | $497.69 |
| 10/12/12 | 11317209 | $6,198.60 |
| | | $18,837.95 |

TOTAL AMOUNT DUE...........................................................................................................$26,001.80

**URETEK 000206**

Uretek USA, Inc.
Invoice Number: 11341847
Matter Number: 09406265
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

Re: General; F&J File #09406265

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Charles B. Walker | Partner | 8.25 | $645.00 | 5,321.25 |
| Seth Elliott Jaffe | Associate | 7.35 | $250.00 | 1,837.50 |
| Seth Elliott Jaffe | Associate | 5.75 | $0.00 | 0.00 |
| TOTAL | | 21.35 | | 7,158.75 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 21.35 | $335.30 | 7,158.75 |
| TOTAL | 21.35 | | 7,158.75 |

\*\* Average Hourly Rate for all Personnel

**URETEK 000207**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 844284**
**Dallas, Texas 75284-4284**

Tax Identification Number
74-1201087

Requesting Attorney: Charles B. Walker

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 2, 2013

Re: General; F&J File #09406265

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2012 as follows:

TOTAL FEES...................................................................................................................................$7,158.75

TOTAL EXPENSES & SERVICES.........................................................................................................5.10

TOTAL FEES AND EXPENSES & SERVICES ............................................................................$7,163.85

TOTAL INVOICE AMOUNT DUE .................................................................................................$7,163.85 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/7/11 | 11172948 | $1,487.50 |
| 1/23/12 | 11251180 | $442.50 |
| 2/10/12 | 11254015 | $4,781.74 |
| 3/31/12 | 11268391 | $2,476.72 |
| 4/16/12 | 11272410 | $1,021.49 |
| 5/31/12 | 11283250 | $1,392.50 |
| 8/10/12 | 11301544 | $539.21 |
| 8/10/12 | 11301566 | $497.69 |
| 10/12/12 | 11317209 | $6,198.60 |

**URETEK 000208**

Uretek USA, Inc.
Invoice Number: 11341847
Matter Number: 09406265
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

$18,837.95

TOTAL AMOUNT DUE................................................................................................................$26,001.80

URETEK 000209

Uretek USA, Inc.
Invoice Number: 11341847
Matter Number: 09406265
Invoice Date: January 31, 2013
Invoice Due Date: March 2, 2013

---

PLEASE MAKE WIRE TRANSFER OR ACH PAYMENTS TO:

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 09406265;  Invoice # 11341847 |

URETEK 000210

# IMPORTANT NOTICE:

# CHANGE IN REMITTANCE ADDRESS

Effective September 1, 2012, Fulbright & Jaworski L.L.P. will have implemented a new payment processing system to enhance the security and operation of our payment processing system. **Please assist us by sending future payments to the Fulbright remittance address identified below.** All other correspondence should be directed to our regular mailing address (as found on the attached invoice and as listed below).

If you have any questions, please contact our Fulbright Revenue and Accounting Center at 713-651-5252 or via email to FRAChouston@fulbright.com. Your cooperation is appreciated.

**New remittance address:**

FULBRIGHT & JAWORSKI L.L.P
P.O. Box 844284
Dallas, Texas 75284-4284

**Wire or ACH Instructions:**

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P. |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| Attention: | Ms. Nora Ryan |
| References: | Matter # 09406265; Invoice # 11341847 |

**Our mailing address remains the same:**

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
(713) 651-5151

URETEK 000211

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**Fulbright Tower**
**1301 McKinney, Suite 5100**
**Houston, Texas 77010-3095**
**(713) 651-5151**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2013 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL CHARGEABLE HOURS ............................................................................................0.00

FEES ...............................................................................................................................$0.00

EXPENSES & SERVICES:

| E118 | 01/14/13 | Practice Support Vendors - KIERSTED SYSTEMS, LP - Project archive (1 GB). Bank ID: 006 Check Number: 1360 | 479.70 |
| | | | 479.70 |

TOTAL FEES AND EXPENSES & SERVICES............................................................$479.70

TOTAL INVOICE AMOUNT DUE.............................................................................$479.70

**URETEK 000212**

Uretek USA, Inc.
Invoice Number: 11354579
Matter Number: 11108360
Invoice Date: March 20, 2013
Invoice Due Date: April 19, 2013

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |
| 10/12/12 | 11317210 | $9,997.70 |
| 1/31/13 | 11341852 | $540.95 |

$422,132.59

TOTAL AMOUNT DUE.............................................................................................................$422,612.29

URETEK 000213

Uretek USA, Inc.
Invoice Number: 11354579
Matter Number: 11108360
Invoice Date: March 20, 2013
Invoice Due Date: April 19, 2013

---

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| TOTAL | | 0.00 | | 0.00 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| TOTAL | | 0.00 | | 0.00 |

**URETEK 000214**

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**P.O. Box 844284**
**Dallas, Texas 75284-4284**

Requesting Attorney: Charles B. Walker

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 19, 2013

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2013 as follows:

Uretek USA, & Benefil Worldwide v. Applied
Polymerics

TOTAL EXPENSES & SERVICES ........................................................................................................479.70

TOTAL FEES AND EXPENSES & SERVICES ........................................................................................$479.70

TOTAL INVOICE AMOUNT DUE ........................................................................................................$479.70 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/15/11 | 11242818 | $42,360.27 |
| 1/23/12 | 11251182 | $4,404.93 |
| 4/16/12 | 11272415 | $23,777.20 |
| 5/31/12 | 11283252 | $43,811.50 |
| 8/10/12 | 11301545 | $72,907.69 |
| 8/10/12 | 11301569 | $119,664.12 |
| 8/10/12 | 11301581 | $104,668.23 |
| 10/12/12 | 11317210 | $9,997.70 |
| 1/31/13 | 11341852 | $540.95 |

Uretek USA, Inc.
Invoice Number: 11354579
Matter Number: 11108360
Invoice Date: March 20, 2013
Invoice Due Date: April 19, 2013

TOTAL AMOUNT DUE..........................................................................................................$422,612.29

**URETEK 000216**

Uretek USA, Inc.
Invoice Number: 11354579
Matter Number: 11108360
Invoice Date: March 20, 2013
Invoice Due Date: April 19, 2013

PLEASE MAKE WIRE TRANSFER OR ACH PAYMENTS TO:

| | |
|---|---|
| Account Name: | Fulbright & Jaworski L.L.P. |
| Bank Name: | Bank of America |
| Bank Address: | Dallas, Texas 75250 |
| Wire Routing Number: | 026009593 |
| ACH Routing Number: | 111000025 |
| SWIFT Number: | BOFAUS3N |
| Account Number: | 488040284929 |
| References: | Matter # 11108360;  Invoice # 11354579 |



# INVOICE



RECEIVED
FEB 18 2014
BY:

Invoice Number    11428725
Matter Number    11108360
Invoice Date    February 12, 2014
Invoice Due Date    March 14, 2014

Requesting Attorney    Charles B. Walker

**NORTON ROSE FULBRIGHT**

**Fulbright & Jaworski LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel    (713) 651-5151
Fax    (713) 651-5246
www.nortonrosefulbright.com
866-FULBRIGHT (866-385-2744)

Tax Identification Number    74-1201087

Fulbright Revenue and Accounting
FRACHouston@fulbright.com
713-651-5252

**Uretek USA, Inc.**
**P. O. Box 1929**
**Tomball, Texas 77377-1929**

POSTED

73700

| | Charges |
|---|---|

*Uretek USA, & Benefil Worldwide v. Applied Polymerics*

 MAR 1 0 2014

Charges for professional services rendered to January 31, 2014    $ 0.00
Expenses    70.35

**Total Expenses & Services Due**    $ 70.35

Previous Balance    422,612.29

**Total Invoice Amount** *Including Previous Balance*    $ 422,682.64

**Please return this advice with your remittance
via Wire Transfer or ACH payment:**    **OR**    **via Mail:**

Account Name    Fulbright & Jaworski LLP
Bank Name    Bank of America
Bank Address    Dallas, Texas 75205
Wire Routing Number    026009593
ACH Routing Number    111000025
SWIFT Number    BOFAUS3N
Account Number    488040284929
References    Matter # 11108360;  Invoice # 11428725

Fulbright & Jaworski LLP
P.O. Box 844284
Dallas, Texas
75284-4284

**URETEK 000218**

**Uretek USA, Inc.**
**Invoice Number**     11~~8725
**Matter Number**      11108360
**Invoice Date**       February 12, 2014
**Invoice Due Date**   March 14, 2014



RECEIVED
FEB 18 2014
BY:

## EXPENSES

| Code | | Description | Amount |
|------|------|-------------|--------|
| E111 | 01/07/14 | Meals - ALONTI CAFE & CATERING - Uretek 07/03/2013 Bank ID: 006 Check Number: AE000015 | 70.35 |
| Total | | | 70.35 |

## OUTSTANDING INVOICES

| Date | Invoice | Balance Due |
|------|---------|-------------|
| 12/15/11 | 11242818 | 42,360.27 |
| 01/23/12 | 11251182 | 4,404.93 |
| 04/16/12 | 11272415 | 23,777.20 |
| 05/31/12 | 11283252 | 43,811.50 |
| 08/10/12 | 11301545 | 72,907.69 |
| 08/10/12 | 11301569 | 119,664.12 |
| 08/10/12 | 11301581 | 104,668.23 |
| 10/12/12 | 11317210 | 9,997.70 |
| 01/31/13 | 11341852 | 540.95 |
| 03/20/13 | 11354579 | 479.70 |
| Total | | 422,612.29 |

| TOTAL INVOICE AMOUNT DUE INCLUDING PREVIOUS BALANCE | $422,682.64 |
|---|---|

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc.),
each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton
Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients

URETEK 000249

# INVOICE

RECEIVED
MAY 2 - 2014
BY:

MAY 22 2014

Invoice Number 11445128
Matter Number 11108360
Invoice Date April 25, 2014
Invoice Due Date May 25, 2014



## NORTON ROSE FULBRIGHT

**Fulbright & Jaworski LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel     (713) 651-5151
Fax     (713) 651-5246
www.nortonrosefulbright.com
866-FULBRIGHT (866-385-2744)

Requesting Attorney          Charles B. Walker

Tax Identification Number     74-1201087

Fulbright Revenue and Accounting
FRACHouston@fulbright.com
713-651-5252

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929



73700



POST

Charges $

*Uretek USA, & Benefil Worldwide v. Applied Polymerics*

Charges for professional services rendered to March 31, 2014     $ 0.00
Expenses     48.42

Total Expenses & Services Due     **$ 48.42**

Previous Balance     422,612.29

Total Invoice Amount *Including Previous Balance*     **$ 422,660.71**

---

**Please return this advice with your remittance
via Wire Transfer or ACH payment:**     **OR**     **via Mail:**

| | | |
|---|---|---|
| Account Name | Fulbright & Jaworski LLP | Fulbright & Jaworski LLP |
| Bank Name | Bank of America | P.O. Box 844284 |
| Bank Address | Dallas, Texas 75205 | Dallas, Texas |
| Wire Routing Number | 026009593 | 75284-4284 |
| ACH Routing Number | 111000025 | |
| SWIFT Number | BOFAUS3N | |
| Account Number | 488040284929 | |
| References | Matter # 11108360;  Invoice # 11445128 | |

**URETEK 000220**

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein

Urefek USA, Inc.
**Invoice Number**      114~~128
**Matter Number**      11108360
**Invoice Date**        April 25, 2014
**Invoice Due Date**    May 25, 2014



RECEIVED
MAY 2 - 2014
BY:

EXPENSES

| Code | Description | Amount |
|------|-------------|--------|
| E102 | Outside printing | 48.42 |
| Total | | 48.42 |

OUTSTANDING INVOICES

| Date | Invoice | Balance Due |
|------|---------|-------------|
| 12/15/11 | 11242818 | 42,360.27 |
| 01/23/12 | 11251182 | 4,404.93 |
| 04/16/12 | 11272415 | 23,777.20 |
| 05/31/12 | 11283252 | 43,811.50 |
| 08/10/12 | 11301545 | 72,907.69 |
| 08/10/12 | 11301569 | 119,664.12 |
| 08/10/12 | 11301581 | 104,668.23 |
| 10/12/12 | 11317210 | 9,997.70 |
| 01/31/13 | 11341852 | 540.95 |
| 03/20/13 | 11354579 | 479.70 |
| Total | | 422,612.29 |

| TOTAL INVOICE AMOUNT DUE INCLUDING PREVIOUS BALANCE | $ 422,660.71 |
|---|---|

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

# INVOICE

**NORTON ROSE FULBRIGHT**

**Fulbright & Jaworski LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel   (713) 651-5151
Fax   (713) 651-5246
www.nortonrosefulbright.com
866-FULBRIGHT (866-385-2744)

| | |
|---|---|
| Invoice Number | 11469048 |
| Matter Number | 10512711 |
| Invoice Date | August 11, 2014 |
| Invoice Due Date | September 10, 2014 |

Requesting Attorney     Charles B. Walker

Tax Identification Number     74-1201087

Fulbright Revenue and Accounting
FRACHouston@fulbright.com
713-651-5252

Uretek USA, Inc.
P. O. Box 1929
Tomball, Texas 77377-1929

*73700*

*P-8/26/14*

RECEIVED
AUG 1 8 2014
BY:

| | Charges $ |
|---|---|

*Insured Name:* **Uretek USA, Inc. Claim Number: 980-0015459 TW Civil Action No. 1:05CV00985; Applied Polymerics, Inc. v. Uretek USA Inc. and Uretek Worldwide Oy; In the United States District Court for the Middle District of North Carolina; F&J File #10512711**

OK
BJH

| | Charges $ |
|---|---|
| Charges for professional services rendered to July 31, 2014 | $ 73.50 |
| Total Expenses & Services Due | $ 73.50 |
| Total Invoice Amount Due | $ 73.50 |

Please return this advice with your remittance
via Wire Transfer or ACH payment:     **OR**     via Mail:

| | | |
|---|---|---|
| Account Name | Fulbright & Jaworski LLP | Fulbright & Jaworski LLP |
| Bank Name | Bank of America | P.O. Box 844284 |
| Bank Address | Dallas, Texas 75205 | Dallas, Texas |
| Wire Routing Number | 026009593 | 75284-4284 |
| ACH Routing Number | 111000025 | |
| SWIFT Number | BOFAUS3N | |
| Account Number | 488040284929 | |
| References | Matter # 10512711; Invoice # 11469048 | |

**URETEK 000222**

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

Uretek USA, Inc.
Invoice Number     11409048
Matter Number     10512711
Invoice Date     August 11, 2014
Invoice Due Date     September 10, 2014



RECEIVED
AUG 1 8 2014
BY:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 07/10/14 | FG Orellana | .30 | 73.50 | Re: Audit Letter, organized and closed audit response file. |
| **Total** | | **0.30** | **73.50** | |

| TOTAL INVOICE AMOUNT DUE | $ 73.50 |
|--------------------------|---------|

### TIMEKEEPER SUMMARY

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|-----------------|-------|-------|------|-----|
| Fernando G. Orellana | Sr Paralegal | 0.30 | 245.00 | 73.50 |
| **Total** | | **0.30** | | **73.50** |

| | HOURS | RATE | FEE |
|---|-------|------|-----|
| Attorney Personnel | 0.00 | 0.00 | 0.00 |
| Paralegal Personnel | 0.30 | 245.00 | 73.50 |
| **Total** | **0.30** | | **73.50** |

** Average Hourly Rate for all Personnel

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.